


# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONSOLIDATION COAL COMPANY,

          Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, CAROL D. SCHULL, individually and her capacity as the Keeper of the National Register of Historic Places, and ROY BRENDEL and DIANE BRENDEL,

          Defendants.

ROY BRENDEL and DIANE BRENDEL,

          Third-Party Plaintiffs,

v.

PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION; UNITED STATES DEPARTMENT OF INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT; DARREL D. AUCH, individually and in his official capacity as Senior Vice President for Mining, Consolidation Coal Company, Northern West Virginia Region, West Virginia, SHEIRL FLETCHER, individually and in his official capacity as Certified Professional Geologist, Consolidated Coal Company, Northern West Virginia Region, Morgantown, West Virginia, THOMAS F. HOFFMAN, individually and in his official capacity as Vice President, Investor and Public Relations, CONSOL Energy,

          Third-Party Defendants.

Civil Action No. 00-2120

The Honorable David S. Cercone

**WITHDRAWAL OF APPEARANCE**

Please withdraw my appearance for Consolidation Coal Company, Darrel D. Auch, Sheirl Fletcher, and Thomas F. Hoffman in the above-captioned matter.

Dated: September 2, 2004

Respectfully submitted,

By: /s/ Kim M. Watterson
Kim M. Watterson
THORP REED & ARMSTRONG, LLP
Pa. I.D. No. 63552
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
(412) 394-7775

AND NOW, this 27th day of September, 2005, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

00558101.DOC