IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONSOLIDATION COAL COMPANY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, NATIONAL PARK SERVICE,

  and                                 **ORDER OF COURT**

CAROL D. SCHULL, individually and in her
capacity as the Keeper of the National Register of
Historic Places,

  and

ROY BRENDEL and DIANE BRENDEL,

    Defendants.

---

ROY BRENDEL and DIANE BRENDEL,

    Third-Party Plaintiffs,

v.

UNITED STATES DEPARTMENT OF INTERIOR,
OFFICE OF SURFACE MINING RECLAMATION
AND ENFORCEMENT,
  and

THOMAS F. HOFFMAN, individually and in his
official capacity as Vice President, Investor and
Public Relations, CONSOL Energy,

Third-Party Defendants.

## ORDER OF COURT

AND NOW, this ____ day of _____, 2005, upon consideration of Plaintiff Consolidation Coal Company's Motion for Leave of Court to File Amended Complaint, it is hereby ORDERED that Plaintiff's Motion is granted. Plaintiff shall file its Amended Complaint within twenty days of the date of this Order.

_____
United States District Judge