LAW OFFICES

# HOOK AND HOOK

189 W HIGH STREET
POST OFFICE BOX 792
WAYNESBURG, PENNSYLVANIA 15370

JOHN I. HOOK, JR.
(1916-1985)

J. WILLIAM HOOK
DAVID C. HOOK
GREGORY C. HOOK

E-mail address:
hookjw@alltel.net
hookdc@alltel.net
hookgc@alltel.net

PHONE: (724) 627-6146
FAX NO. (724) 852-1820

March 10, 2005

**To:** Joseph Katarincic, Esq.
Thorp, Reed & Armstrong
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA   15219-1425

## TRANSMITTAL

**Subject:** Remediation of Mine Subsidence Damage at the Brendel Property, Wayne Township, Greene County, Pennsylvania

**Description:** Per Your Request, Please Find:

1. Glance & Associates, Inc.
   Brendel House and Related Buildings Detailed Cost Estimate

2. Landmark Design Associates
   Notes and Specifications for Brendel House

3. Patton Electric
   Proposal for Electrical Wiring

4. Cole Plumbing & Heating
   Proposal for Plumbing and Heating

5. Pennsylvania Historical and Museum Commission
   October 22, 2004 Letter
   Review of Specifications and Drawings

6. Itemization of Professional Expenses Incurred to Date



TRANSMITTAL

7. Landmark Design Associates
   Historic Rehabilitation Brendel House, Wayne Township, Greene County, Pennsylvania

8. Taylor Structural Engineers, Inc.
   Remediation of Mine Subsidence Damage at the Brendel Residence

Submitted by: _____
                David C. Hook, Esquire