**GLANCE & ASSOC., INC.**
ARCHITECTURE + PLANNING

February 14, 2005

David C. Hook, Attorney at Law
Hook & Hook
189 West High Street
Waynesburg, PA 15370

RE:  Brendel House and Related Buildings
     aka Ernest Thralls House and Apple House
     124 Forney Hollow Road
     Spraggs, PA 15362
     Detailed Cost Estimate

     Pn04-117

Dear Mr. Hook:

The following is my Expert Report concerning the construction costs to return the Brendel house, and all of the related building damaged by the underground mining, to their original condition prior to this occurrence.

I am a practicing architect with more than 30 years of experience in the design of new buildings, renovation of existing buildings, restoration of historic buildings and forensic architecture throughout Western Pennsylvania. All of our projects require a cost estimate. Therefore I have extensive experience in providing cost estimates as it relates to historic buildings. The findings, opinions and conclusions in this report are based upon the following:

1. Conducted numerous site visits to become generally familiar with the interior and exterior conditions of the buildings.
2. Used a ladder to better evaluate the conditions at the higher elevations of the Brendel residence.
3. Secured contractors, who were experts in their trades, to accompany me during my site visits.
4. Took extensive photographs of the interior and exterior conditions of all of the structures.
5. Reviewed the cost estimate prepared by fci Associates (100 Sixth Street Monongahela, PA) for the Apple House and the Ernest Thralls House.
6. Reviewed the Outline Specifications and drawings prepared by LDA Architect (Pittsburgh, PA, July 2004).
7. Reviewed the preliminary structural drawings prepared by Taylor Structural Engineers (Pittsburgh, PA, July 9, 2004).

8. As provided by the current owners, reviewed the original elevation and perspective drawings as prepared by Ernest Thralls (circa 1939).
9. Commissioned Mid-Atlantic Environmental Consultants (Glenshaw, PA) to conduct a detailed hazardous material test of the Brendel residence.
10. Engaged Belfor Property Restoration (Cuddy, PA) to provide a detailed cost estimate to abate the hazardous materials identified by Mid-Atlantic Environmental Consultants report.
11. To more accurately determine construction costs, several contractors and suppliers were requested to review the work items identified in the attached Construction Cost Estimate Report.
12. To more accurately determine construction costs, our cost estimate database, which has been developed over the past 20 years with cost histories of similar restoration projects, was used.
13. Reviewed the 77 photographs taken by Roy Brendel at the time of the undermining showing the resulting damage to their house.
14. Reviewed the National Register of Historic Places Registration Form prepared by Clinton Piper, October 1998.

The following assumptions were made in the preparation of the attached Construction Cost Estimate Report.

1. Given the magnitude of the restoration work, the occupants of both residential structures will be required to move to another residence for the entire duration of the work.
2. This temporary residence will be similar in size, type and general location as their current residence.
3. Furnishings will be moved to a safe and secure commercial storage building and will remain at that location until the renovation has been completed.
4. The project duration is 12 months for the Brendel residence.
5. The project duration is 8 months for the Apple house.
6. All of the workers will be paid Prevailing Wages plus the following "burden of labor" costs:
    A.  Average Prevailing Wage rate for the type of work to be conducted is $35.00
    B.  Average "burden of labor" rate for the type of work to be conducted is as follows:
        1. FICA                7.65%
        2. SUTA                10.26%
        3. FUTA                .8%
        4. WORKMAN'S COMP.     8.85%
        5. GENERAL LIBALITY    2.75%
        6. UMBRELLA INSURANCE  2.75%
        7. TOTAL               33.06% X $35.00 = $11.57
    C.  TOTAL HOURLY RATE ($35.00 + $11.57) $46.57

2

7. The hourly rate used in the Report is an average of the type of skilled tradesmen and labors including benefits.
8. The cost of materials includes sales tax, delivery and storage, if required, onsite.
9. Damage may exist which is presently obscured by vegetation or temporary structural bracing. Therefore the cost to repair this damage, should any exist, is not included in the Report.
10. Additional damage will likely occur as the structures are jacked into their original position and leveled. The cost to repair this damage is not included in this Report.

The following is a summary of our cost estimate for each of the structures:
1. Brendel residence: $915,524.78
2. Apple residence 117,016.23
3. Chicken house 16,690.62
4. Horse barn 31,842.50
5. Sheep shed 25,512.26
6. Pig pen 13,926.66
7. Log house 18,434.20
8. Car barn 28,643.56
9. Storage shed 14,071.20
10. Overhead and profit    236,332.40
11. TOTAL $1,417,994.41

Please feel free to contact me should you have any question.

Sincerely,

*[signature]*

A. Richard Glance, AIA AICP
President

PN04-117/COVER LETTER.DOC

BRI EL RESIDENCE
R.D. , BOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

**CONSTRUCTION COST ESTIMATE**
February, 2005

GLANCE ASSOCIATES, INC.
94 PILGRIM ROAD
PITTSBURGH, PA 15106

PAGE 1

| WORK ITEM - GLANCE & ASSOCIATES | QUANT. | UNITS | UNIT COST | ESTIMATED COST |
|---|---|---|---|---|
| SITE MOBILIZATION & PA ONE CALL | 1 | LUMP | $1,150.00 | $1,150.00 |
| INSURANCE, PERF. & PMT. BONDS & PERMITS | 1 | LUMP | $10,000.00 | $10,000.00 |
| PROJECT SUPERVISION 160 HR. X $35 | 12 | MONTH | $5,600.00 | $67,200.00 |
| GEOTECH SERVICES FOR SOIL BEARING | 1 | LUMP | $32,000.00 | $32,000.00 |
| SITE OFFICE, PHONE, FAX | 12 | MONTH | $1,000.00 | $12,000.00 |
| SITE STORAGE TRAILER | 12 | MONTH | $400.00 | $4,800.00 |
| PORTA-JOHN | 12 | MONTH | $85.00 | $1,020.00 |
| DUMPSTER | 12 | MONTH | $350.00 | $4,200.00 |
| TEMPORARY UTILITIES - WATER & ELECTRIC | 12 | MONTH | $300.00 | $3,600.00 |
| TEMPORARY HEAT | 6 | MONTH | $500.00 | $3,000.00 |
| SITE PROTECTION (SAFETY FENCING) | 1 | LUMP | $1,500.00 | $1,500.00 |
| ENVI ABATEMENT PER BELFORE | 1 | LUMP | $45,930.00 | $45,930.00 |

**BRE EL RESIDENCE**
R.D. , OX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

**CONSTRUCTION COST ESTIMATE**
February, 2005

**GLANCE ASSOCIATES, INC.**
94 PILGRIM ROAD
PITTSBURGH, PA 15106

PAGE 2

| Description | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|
| MOVE FURNISHINGS TO STORAGE | 1 | LUMP | $4,500.00 | $4,500.00 |
| TEMPORARY STORAGE OF HOUSE FURNISHINGS | 12 | MONTH | $600.00 | $7,200.00 |
| TEMPORARY HOUSING FOR OCCUPANTS | 12 | MONTH | $1,250.00 | $15,000.00 |
| UTILITIES AT TEMPORARY HOUSING | 12 | MONTH | $300.00 | $3,600.00 |
| MOVE FURNISHINGS FROM STORAGE TO HOUSE | 1 | LUMP | $4,500.00 | $4,500.00 |
| DOCUMENT & REMOVE OR PROTECT HISTORIC FABRIC | 1 | LUMP | $20,000.00 | $20,000.00 |
| | | | | |
| FENCE REPAIR LABOR | 64 | MAN HOURS | $46.57 | $2,980.48 |
| FENCE REPAIR MATERIALS | 1 | LUMP | $2,000.00 | $2,000.00 |
| DEMOLITION AND SALVAGE STONE PORCHES | 172 | MAN HOURS | $46.57 | $8,010.04 |
| REMOVE TREES AND SHRUBS ADJACENT TO HOUSE | 1 | LUMP | $3,500.00 | $3,500.00 |
| REPLACE PLANTING ADJACENT TO HOUSE | 1120 | SQ.FT. | $6.00 | $6,720.00 |
| EXCAVATE/BACKFILL FOUNDATION | 700 | CU. YDS. | $37.50 | $26,250.00 |

**BRE___ EL RESIDENCE**
R.D. ., BOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

**CONSTRUCTION COST ESTIMATE**
February, 2005

**GLANCE ASSOCIATES, INC.**
94 PILGRIM ROAD
PITTSBURGH, PA 15106

PAGE 3

| Item | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|
| GRAVEL BACKFILL | 100 | CU. YDS. | $12.00 | $1,200.00 |
| REMOVE WATER FROM FOUNDATION | 60 | DAYS | $82.00 | $4,920.00 |
| PREPARE AND DAMPPROOF FOUNDATION | 2500 | SQ.FT. | $5.00 | $12,500.00 |
| SITE GRADING & SEEDING | 8400 | SQ.FT. | $0.75 | $6,300.00 |
| REPAIR SWIMMING POOL | 1 | LUMP | $26,875.00 | $26,875.00 |
| REPLACE DRIVEWAY | 2500 | SQ.FT. | $3.30 | $8,250.00 |
| RESTORE DECORATIVE IRON RAILINGS | 88 | MAN HRS. | $46.57 | $4,098.16 |
| REBUILD REAR PATIO & STEPS | 480 | MAN HRS. | $46.57 | $22,353.60 |
| REBUILD FRONT STONE STEPS | 96 | MAN HRS. | $46.57 | $4,470.72 |
| REBUILD KITCHEN PORCH & STEPS | 172 | MAN HRS. | $46.57 | $8,010.04 |
| REBUILD RETAINING WALL AT KITCHEN PORCH | 216 | MAN HRS. | $46.57 | $10,059.12 |
| REPLACE PATIO WISHING WELL | 80 | MAN HRS. | $46.57 | $3,725.60 |
| MASONRY REPAIR MATERIALS | 1 | LUMP | $2,500.00 | $2,500.00 |
| SCAFFOLDING FOR EXTERIOR WORK - INSTALL & REMOVE, 1 MONTH | 1 | MONTH | $25,000.00 | $25,000.00 |

**GLANCE ASSOCIATES, INC.**
94 PILGRIM ROAD
PITTSBURGH, PA 15106

**CONSTRUCTION COST ESTIMATE**
February, 2005

BRE___L RESIDENCE
R.D. 1, BOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

| Description | Qty | Unit | Unit Price | Total |
|---|---|---|---|---|
| SCAFFOLDING FOR EXTERIOR WORK - EACH ADDITIONAL MONTH | 3 | MONTH | $2,500.00 | $7,500.00 |
| REPAIR CHIMNEY | 96 | MAN HRS. | $45.00 | $4,320.00 |
| NEW FOOTING DRAINS | 300 | LIN.FT. | $20.00 | $6,000.00 |
| REPLACE ROOF FLASHING | 80 | MAN HRS. | $46.57 | $3,725.60 |
| REPLACE SHINGLE ROOF | 22 | Square | $285.00 | $6,270.00 |
| RESTORE CLAY TILE ROOF | 235 | SQ.FT. | $16.00 | $3,760.00 |
| ROOF DECKING & FRAMING REPAIRS | 2370 | SQ.FT. | $7.50 | $17,775.00 |
| REPLACE FLAT ROOFS | 200 | SQ.FT. | $17.50 | $3,500.00 |
| REPAIR GUTTERS & DOWNSPOUTS | 160 | LIN.FT. | $15.00 | $2,400.00 |
| REPAIR STONE VENEER ON HOUSE | 192 | MAN HRS. | $46.57 | $8,941.44 |
| RESTORE/REPLACE EXT. STUCCO | 180 | MAN HRS. | $46.57 | $8,382.60 |
| STONE & STUCCO MATERIALS | 1 | LUMP | $3,500.00 | $3,500.00 |
| PAINT EXTERIOR - LABOR | 200 | MAN HOURS | $46.57 | $9,314.00 |
| PAINT EXTERIOR - MATERIALS | 1 | LUMP | $800.00 | $800.00 |
| REPLACE BASEMENT WINDOWS | 3 | EACH | $625.00 | $1,875.00 |
| | | | | $0.00 |
| REMOVE, RESET, PAINT, ALL WINDOWS | 29 | EACH | $525.00 | $15,225.00 |

PAGE 4

**BRE___ EL RESIDENCE**
R.D. _, dOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

**CONSTRUCTIO_ _OST ESTIMATE**
February, 2005

**GLANCE ASSOCIAT_ INC.**
94 PILGRI_ ROAD
PITTSBURGH, PA 15106

PAGE 5

| Description | Quantity | Unit Price | Total |
|---|---|---|---|
| TEMPORARY ENCLOSURE WINDOWS & DOORS | 40 EACH | $120.00 | $4,800.00 |
| REPLACE STEEL CASEMENT WINDOWS | 1 EACH | $850.00 | $850.00 |
| RESET SUNROOM & SECOND FL. PORCH SPECIALTY WINDOWS | 80 MAN HRS. | $46.57 | $3,725.60 |
| REGLAZE BROKEN WINDOWS | 11 EACH | $55.00 | $605.00 |
| RESET STAINED GLASS WINDOWS & TRIM | 32 MAN HOURS | $46.57 | $1,490.24 |
| REGROUT 904 GLASS BLOCKS | 200 MAN HOURS | $46.57 | $9,314.00 |
| REPLACE GLASS BLOCK WINDOWS | 13 EACH | $250.00 | $3,250.00 |
| REPAIR JALOUSIE WINDOWS - SECOND FL. PORCH | 24 MAN HRS. | $46.57 | $1,117.68 |
| REPAIR JALOUSIE STORM DOOR - SECOND FL. PORCH | 8 MAN HRS. | $46.57 | $372.56 |
| RECAULK WINDOWS | 29 EACH | $60.00 | $1,740.00 |
| REPLACE DOME SKYLIGHT | 1 EACH, INSTALLED | $600.00 | $600.00 |
| NEW GARAGE DOORS & OPENERS | 2 EACH | $1,250.00 | $2,500.00 |
| | | | |
| TEMPORARY CABLE TIES | 62 EACH | $750.00 | $46,500.00 |
| REPLACE FOOTING | 418 LIN. FT. | $85.00 | $35,530.00 |

**CONSTRUCTION COST ESTIMATE**
February, 2005

**GLANCE ASSOCIATES, INC.**
94 PILGRIM ROAD
PITTSBURGH, PA 15106

BRE EL RESIDENCE
R.D. 1, BOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

| Description | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|
| REINFORCE FOOTING (GRIP-TITE) | | EACH | $1,377.36 | $0.00 |
| FOUNDATION WALL REPAIRS | 280 | LIN. FT. | $85.00 | $23,800.00 |
| JACK & LEVEL HOUSE | 42 | JACKS | $850.00 | $35,700.00 |
| | 0 | | $0.00 | $0.00 |
| REMOVE/RESET MECH. EQUIP. | 80 | MAN HOURS | $46.57 | $3,725.60 |
| REPLACE CONC. FL. SLAB, BASEMENT | 1648 | SQ.FT. | $7.50 | $12,360.00 |
| REPLACE FIBER CEILING PANELS | 19 | EACH | $100.00 | $1,900.00 |
| REFIT FIBER CEILING TILE, PRIME, PAINT, 3 ROOMS | 1575 | SQ.FT. | $2.00 | $3,150.00 |
| REPLACE SUSPENDED CEILING TILE & GRID | 309 | SQ.FT. | $2.00 | $618.00 |
| REFIT COVE MOLDING, PAINT | 350 | LIN.FT. | $3.50 | $1,225.00 |
| REPAIR BASEMENT STAIR | 10 | EACH | $45.00 | $450.00 |
| REPAIR FRONT STAIR | 10 | MAN HOURS | $46.57 | $465.70 |
| | | | | $0.00 |
| REMOVE/RESET DOORS & FRAMES | 36 | EACH | $250.00 | $9,000.00 |
| PLASTER REPAIR | 80 | MAN HOURS | $46.57 | $3,725.60 |
| INTERIOR WALL PATCH & PAINT | 120 | MAN HOURS | $46.57 | $5,588.40 |

PAGE 6

**GLANCE ASSOCIATES, INC.**
94 PILGRIM ROAD
PITTSBURGH, PA 15106

**CONSTRUCTION COST ESTIMATE**
February, 2005

BRE___L RESIDENCE
R.D. 1, BOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

| Description | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|
| REMOVE, RESET, PAINT BASEBOARDS | 550 | LIN.FT. | $3.50 | $1,925.00 |
| INTERIOR PAINT - MATERIALS | 1 | LUMP | $1,200.00 | $1,200.00 |
| INTERIOR TRIM REPAIR & PAINT | 64 | LIN.FT. | $35.00 | $2,240.00 |
| REPAIR WINDOW SILLS | 8 | EACH | $150.00 | $1,200.00 |
| RESET & PAINT FIBER WALL PANELING | 40 | MAN HOURS | $46.57 | $1,862.80 |
| REPRODUCE FIBER WALL PANELING | 4 | EACH | $150.00 | $600.00 |
| REPLACE SUNROOM PANELING | 64 | SQ.FT. | $6.50 | $416.00 |
| WALLPAPER REPAIR/REPLACE | 16 | MAN HOURS | $46.57 | $745.12 |
| REGROUT CERAMIC FLOOR TILE | 673 | SQ.FT. | $5.00 | $3,365.00 |
| REPAIR CERAMIC FLOOR TILE, BREAKFAST ROOM | 49 | PIECES | $75.00 | $3,675.00 |
| REPLACE BROKEN CERAMIC TILE, BREAKFAST ROOM | 51 | PIECES | $125.00 | $6,375.00 |
| REPAIR HISTORIC CERAMIC TILE | 34 | PIECES | $95.00 | $3,230.00 |
| REPLACE HISTORIC CERAMIC TILE | 10 | PIECES | $250.00 | $2,500.00 |
| WOOD FLOORS CLEAN & WAX | 1138 | SQ.FT. | $1.50 | $1,707.00 |
| SUBFLOOR REPAIRS | 1 | LUMP | $1,500.00 | $1,500.00 |
| REPLACE VINYL FLOORING | 158 | SQ.FT. | $6.40 | $1,011.20 |

PAGE 7

| BRE⎯⎯L RESIDENCE<br>R.D. 1, BOX 135<br>FORNEY HOLLOW ROAD<br>SPRAGGS, PENNSYLVANIA 15362 | CONSTRUCTION COST ESTIMATE<br>February, 2005 | | GLANCE ASSOCIATES, INC.<br>94 PILGRIM ROAD<br>PITTSBURGH, PA 15106 |
|---|---|---|---|
| RESET, CLEAN & DEODORIZE CARPET | 48 MAN HOURS | $46.57 | $2,235.36 |
| RESET LIGHT FIXTURES | 12 MAN HOURS | $46.57 | $558.84 |
| REMOVE/RESET KITCHEN EQUIPMENT & FIXTURES | 80 MAN HOURS | $46.57 | $3,725.60 |
|  |  |  | $0.00 |
| RESET PLATE GLASS MIRROR | 8 MAN HOURS | $46.57 | $372.56 |
| REPAIR BOOKCASE - LIBRARY | 8 MAN HOURS | $46.57 | $372.56 |
| FINAL CLEAN-UP | 1 LUMP | $2,500.00 | $2,500.00 |
| TOOL RENTAL, REPLACE INCIDENTAL MATL. | 1 LUMP | $4,000.00 | $4,000.00 |
| ELECTRICAL, PER PATTON ELECTRIC | 1 LUMP | $36,772.52 | $36,772.52 |
| HVAC & PLUMB., PER COLE PLUMB & HEAT | 1 LUMP | $83,120.44 | $83,120.44 |
| SUB-TOTAL |  |  | $915,524.78 |
|  |  |  |  |
|  |  |  |  |
| SITE MOBILIZATION & PA ONE CALL | 1 LUMP | $800.00 | $800.00 |
| INSURANCE, PERF. & PMT. BONDS & PERMITS | 1 LUMP | $3,000.00 | $3,000.00 |
| PROJECT SUPERVISION 80 HR. X $46.57 | 6 MONTH | $1,862.00 | $11,172.00 |

**BRE**  EL RESIDENCE
R.D. 1, BOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

**CONSTRUCTION COST ESTIMATE**
February, 2005

GLANCE ASSOCIATES, INC.
94 PILGRIM ROAD
PITTSBURGH, PA 15106

PAGE 9

| Item | Qty | Unit | Unit Price | Total |
|---|---|---|---|---|
| GEOTECH SERVICES FOR SOIL BEARING | 1 | LUMP | $8,000.00 | $8,000.00 |
| SITE OFFICE, PHONE, FAX | 6 | MONTH | $1,000.00 | $6,000.00 |
| SITE STORAGE TRAILER | 6 | MONTH | $400.00 | $2,400.00 |
| PORTA-JOHN | 6 | MONTH | $85.00 | $510.00 |
| DUMPSTER | 6 | MONTH | $350.00 | $2,100.00 |
| TEMPORARY UTILITIES - WATER & ELECTRIC | 6 | MONTH | $300.00 | $1,800.00 |
| TEMPORARY HEAT | 3 | MONTH | $500.00 | $1,500.00 |
| SITE PROTECTION (SAFETY FENCING) | 1 | LUMP | $800.00 | $800.00 |
| HAZARDOUS MAT. SURVEY TO BE COMPLETED | 1 | LUMP | $0.00 | $0.00 |
| MOVE FURNISHINGS TO STORAGE | 1 | LUMP | $1,500.00 | $1,500.00 |
| TEMPORARY STORAGE OF HOUSE FURNISHINGS | 6 | MONTH | $250.00 | $1,500.00 |
| TEMPORARY HOUSING FOR OCCUPANTS | 6 | MONTH | $650.00 | $3,900.00 |
| UTILITIES AT TEMPORARY HOUSING | 6 | MONTH | $200.00 | $1,200.00 |
| MOVE FURNISHINGS FROM STORAGE TO HOUSE | 1 | LUMP | $1,500.00 | $1,500.00 |
| EXTERIOR | | | | |

**GLANCE ASSOCIATES, INC.**
94 PILGRIM ROAD
PITTSBURGH, PA 15106

**CONSTRUCTION COST ESTIMATE**
February, 2005

BRE___EL RESIDENCE
R.D. 1, BOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

| Description | Quantity | Unit Price | Total |
|---|---|---|---|
| SCAFFOLDING FOR EXTERIOR WORK - INSTALL & REMOVE, 1 MONTH | 1 MONTH | $8,000.00 | $8,000.00 |
| SCAFFOLDING FOR EXTERIOR WORK - EACH ADDITIONAL MONTH | 2 MONTH | $850.00 | $1,700.00 |
| ROOF DECKING & FRAMING REPAIRS | 1156 SQ.FT. | $6.50 | $7,514.00 |
| REPLACE METAL ROOF | 1156 SQ.FT. | $12.50 | $14,450.00 |
| REPLACE FLAT ROOFS | 0 SQ.FT. | $17.50 | $0.00 |
| REPAIR GUTTERS & DOWNSPOUTS | 64 LIN.FT. | $15.00 | $960.00 |
| RESTORE/REPLACE EXT. STUCCO | 54 MAN HRS. | $46.57 | $2,514.78 |
| STONE & STUCCO MATERIALS | 1 LUMP | $2,200.00 | $2,200.00 |
| PAINT EXTERIOR - LABOR | 86 MAN HOURS | $46.57 | $4,005.02 |
| PAINT EXTERIOR - MATERIALS | 1 LUMP | $500.00 | $500.00 |
| ADJUST & PAINT STEEL CASEMENT WINDOWS | EACH | | $0.00 |
| REMOVE, RESET, PAINT, ALL WINDOWS | 8 EACH | $525.00 | $4,200.00 |
| TEMPORARY ENCLOSURE WINDOWS & DOORS | 7 EACH | $100.00 | $700.00 |
| RECAULK WINDOWS | 7 EACH | $60.00 | $420.00 |
| NEW GARAGE DOORS & OPENERS | 1 EACH | $950.00 | $950.00 |

PAGE 10

**BREEL RESIDENCE**
R.D. 1, BOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

**CONSTRUCTION COST ESTIMATE**
February, 2005

**GLANCE ASSOCIATES, INC.**
94 PILGRIM ROAD
PITTSBURGH, PA 15106

| STRUCTURAL | | | | |
|---|---|---|---|---|
| JACK & LEVEL HOUSE | 1 | LUMP | $8,500.00 | $8,500.00 |
| REPLACE FOOTING | 44 | LIN. FT. | $85.00 | $3,740.00 |
| FOUNDATION WALL REPAIRS | 34 | LIN. FT. | $125.00 | $4,250.00 |
| REPAIR WOOD BEAM @ MASONRY POCKET 1ST & ROOF | 50 | EACH | $225.00 | $11,250.00 |
| NEW W4X13 STEEL BEAMS | 4 | EACH | $850.00 | $3,400.00 |
| REPAIR ROOF RAFTERS | 15 | EACH | $85.00 | $1,275.00 |
| REPAIR FRAMING CONNECTIONS | 50 | EACH | $125.00 | $6,250.00 |
| NEW 3 X 3 COLUMN FOOTING | 2 | | $875.00 | $1,750.00 |
| | | | | $0.00 |
| REMOVE/RESET MECH. EQUIP. | | | | $0.00 |
| REPLACE CONC. FL. SLAB, BASEMENT | | | | $0.00 |
| | | | | $0.00 |
| REFIT COVE MOLDING, PAINT | | | | $0.00 |
| REPAIR BASEMENT STAIR | 10 | EACH | $45.00 | $450.00 |
| REPAIR FRONT STAIR | 10 | MAN HOURS | $46.57 | $465.70 |
| CEILING REPAIRS, PAINT | | | | $0.00 |
| REMOVE/RESET DOORS & FRAMES | 36 | EACH | $250.00 | $9,000.00 |
| INTERIOR WALL PATCH & PAINT | 75 | MAN HOURS | $46.57 | $3,492.75 |

PAGE 11

**GLANCE ASSOCIATES, INC.**
94 PILGRIM ROAD
PITTSBURGH, PA 15106

**CONSTRUCTION COST ESTIMATE**
February, 2005

**BR[ ]EL RESIDENCE**
R.D. [ ], BOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

PAGE 12

| Description | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|
| WALLPAPER REPAIR & REPLACE | | | | $0.00 |
| REMOVE, RESET, PAINT BASEBOARDS | 200 | LIN.FT. | $3.50 | $700.00 |
| INTERIOR PAINT - MATERIALS | 1 | LUMP | $650.00 | $650.00 |
| INTERIOR TRIM REPAIR & PAINT | 24 | LIN.FT. | $35.00 | $840.00 |
| WOOD & VINYL FLOORS, CLEAN & WAX | 800 | SQ.FT. | $1.50 | $1,200.00 |
| SUBFLOOR REPAIRS | 1 | LUMP | $350.00 | $350.00 |
| CARPET, CLEAN DEODORIZE | 250 | SQ.FT. | $6.40 | $1,600.00 |
| REPLACE VINYL FLOORING | 75 | SQ.FT. | $6.40 | $480.00 |
| REMOVE/RESET KITCHEN EQUIPMENT & FIXTURES | 34 | MAN HOURS | $46.57 | $1,583.38 |
| MISCELLANEOUS CARPENTRY REPAIRS | | | | $0.00 |
| FINAL CLEAN-UP | 1 | LUMP | $650.00 | $650.00 |
| ELECT REPAIRS/ REPLACEMENT | 80 | MAN HOURS | $46.57 | $3,725.60 |
| ELECTRICAL MATERIAL | 1 | LUMP | $1,800.00 | $1,800.00 |
| TOOL RENTAL, REPLACEMENT, INCIDENTAL MATER. | 1 | LUMP | $1,500.00 | $1,500.00 |
| SUB-TOTAL | | | | $117,016.23 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

**BREEL RESIDENCE**
R.D. 1, BOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

**CONSTRUCTION COST ESTIMATE**
February, 2005

**GLANCE ASSOCIATION, INC.**
94 PILGRIM ROAD
PITTSBURGH, PA 15106

PAGE 13

| Description | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|
| | | | | $0.00 |
| **STORAGE SHED** | | | | |
| JACK UP FOR FOUNDATION WORK | 24 | MAN HOURS | $46.57 | $1,117.68 |
| WINCH FRAMING PLUMB | 32 | MAN HOURS | $46.57 | $1,490.24 |
| REINFORCE AND SECURE FRAMING CONNECTIONS | 34 | MAN HOURS | $46.57 | $1,583.38 |
| NEW FOOTING AND FOUNDATION | 42 | LIN. FT. | $110.00 | $4,620.00 |
| LEVEL STRUCTURE, SECURE TO NEW FOUNDATION | 30 | MAN HOURS | $46.57 | $1,397.10 |
| REPLACE DAMAGED WOOD FRAMING AND SIDING | 40 | MAN HOURS | $46.57 | $1,862.80 |
| REPLACEMENT WOOD AND MISCELLANEOUS MATERIALS | 1 | LUMP | $2,000.00 | $2,000.00 |
| **SUB-TOTAL** | | | | $14,071.20 |
| **CAR BARN** | | | | |
| JACK UP FOR FOUNDATION WORK | 36 | MAN HOURS | $46.57 | $1,676.52 |
| WINCH FRAMING PLUMB | 64 | MAN HOURS | $46.57 | $2,980.48 |
| REINFORCE AND SECURE FRAMING CONNECTIONS | 76 | MAN HOURS | $46.57 | $3,539.32 |
| NEW COLUMN FOOTINGS | 14 | EACH | $650.00 | $9,100.00 |
| NEW FOOTING AND FOUNDATION | 20 | LIN. FT. | $110.00 | $2,200.00 |

**GLANCE ASSOCIATES, INC.**
94 PILGRIM ROAD
PITTSBURGH, PA 15106

**CONSTRUCTION COST ESTIMATE**
February, 2005

**BREEL RESIDENCE**
R.D. 1, BOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

| | | | |
|---|---|---|---|
| LEVEL STRUCTURE, SECURE TO NEW FOUNDATION | 48 MAN HOURS | $46.57 | $2,235.36 |
| REPLACE DAMAGED WOOD FRAMING AND SIDING | 84 MAN HOURS | $46.57 | $3,911.88 |
| REPLACEMENT WOOD AND MISCELLANEOUS MATERIALS | 1 LUMP | $3,000.00 | $3,000.00 |
| SUB-TOTAL | | | $28,643.56 |
| **LOG HOUSE** | | | |
| MOVE FOR FOUNDATION WORK | 1 LUMP | $4,500.00 | $4,500.00 |
| REPLACE CONCRETE FLOOR | 110 SQ. FT. | $9.00 | $990.00 |
| NEW FOOTING AND FOUNDATION | 40 LIN. FT. | $85.00 | $3,400.00 |
| REPLACE STRUCTURE ON NEW FOUNDATION | 1 LUMP | $5,250.00 | $5,250.00 |
| REPLACE DAMAGED WOOD | 60 MAN HOURS | $46.57 | $2,794.20 |
| REPLACEMENT WOOD AND MISCELLANEOUS MATERIALS | 1 LUMP | $1,500.00 | $1,500.00 |
| SUB-TOTAL | | | $18,434.20 |
| **PIG PEN** | | | |
| JACK UP FOR FOUNDATION WORK | 28 MAN HOURS | $46.57 | $1,303.96 |
| WINCH FRAMING PLUMB | 32 MAN HOURS | $46.57 | $1,490.24 |

PAGE 14

**GLANCE ASSOCIATES, INC.**
94 PILGRIM ROAD
PITTSBURGH, PA 15106

**CONSTRUCTION COST ESTIMATE**
February, 2005

**BRUEGEL RESIDENCE**
R.D. 1, BOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

| Description | Quantity | Unit | Rate | Amount |
|---|---|---|---|---|
| REINFORCE AND SECURE FRAMING CONNECTIONS | 20 | MAN HOURS | $46.57 | $931.40 |
| REMOVE CONCRETE FLOOR | 1 | LUMP | $400.00 | $400.00 |
| NEW FOOTING AND FOUNDATION | 50 | LIN. FT. | $110.00 | $5,500.00 |
| LEVEL STRUCTURE, SECURE TO NEW FOUNDATION | 32 | MAN HOURS | $46.57 | $1,490.24 |
| REPLACE DAMAGED WOOD FRAMING AND SIDING | 26 | MAN HOURS | $46.57 | $1,210.82 |
| REPLACEMENT WOOD AND MISCELLANEOUS MATERIALS | 1 | LUMP | $1,600.00 | $1,600.00 |
| SUB-TOTAL | | | | $13,926.66 |
| **SHEEP SHED** | | | | |
| JACK UP FOR FOUNDATION WORK | 38 | MAN HOURS | $46.57 | $1,769.66 |
| WINCH FRAMING PLUMB | 44 | MAN HOURS | $46.57 | $2,049.08 |
| REINFORCE AND SECURE FRAMING CONNECTIONS | 40 | MAN HOURS | $46.57 | $1,862.80 |
| NEW COLUMN FOOTINGS | 5 | EACH | $650.00 | $3,250.00 |
| NEW FOOTING AND FOUNDATION | 81 | LIN. FT. | $110.00 | $8,910.00 |
| LEVEL STRUCTURE, SECURE TO NEW FOUNDATION | 40 | MAN HOURS | $46.57 | $1,862.80 |

PAGE 15

**CONSTRUCTION COST ESTIMATE**
February, 2005

**GLANCE ASSOCIATES, INC.**
94 PILGRIM ROAD
PITTSBURGH, PA 15106

**BRESEL RESIDENCE**
R.D. 1, BOX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

| Description | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|
| REPLACE DAMAGED WOOD FRAMING AND SIDING | 56 | MAN HOURS | $46.57 | $2,607.92 |
| REPLACEMENT WOOD AND MISCELLANEOUS MATERIALS | 1 | LUMP | $3,200.00 | $3,200.00 |
| SUB-TOTAL | | | | $25,512.26 |
| **HORSE BARN** | | | | |
| JACK UP FOR FOUNDATION WORK | 44 | MAN HOURS | $46.57 | $2,049.08 |
| WINCH FRAMING PLUMB | 52 | MAN HOURS | $46.57 | $2,421.64 |
| REINFORCE AND SECURE FRAMING CONNECTIONS | 40 | MAN HOURS | $46.57 | $1,862.80 |
| NEW COLUMN FOOTINGS | 11 | EACH | $650.00 | $7,150.00 |
| NEW FOOTING AND FOUNDATION | 95 | LIN. FT. | $110.00 | $10,450.00 |
| LEVEL STRUCTURE, SECURE TO NEW FOUNDATION | 52 | MAN HOURS | $46.57 | $2,421.64 |
| REPLACE DAMAGED WOOD FRAMING AND SIDING | 62 | MAN HOURS | $46.57 | $2,887.34 |
| REPLACEMENT WOOD AND MISCELLANEOUS MATERIALS | 1 | LUMP | $2,600.00 | $2,600.00 |
| SUB-TOTAL | | | | $31,842.50 |
| **CHICKEN HOUSE** | | | | |
| JACK UP FOR FOUNDATION WORK | 28 | MAN HOURS | $46.57 | $1,303.96 |

PAGE 16

**CONSTRUCTION COST ESTIMATE**
February, 2005

**GLANCE ASSOCIATES, INC.**
94 PILGRIM ROAD
PITTSBURGH, PA 15106

BREEL RESIDENCE
R.D. OX 135
FORNEY HOLLOW ROAD
SPRAGGS, PENNSYLVANIA 15362

| Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|
| WINCH FRAMING PLUMB | | | | |
| REINFORCE AND SECURE FRAMING CONNECTIONS | 24 | MAN HOURS | $46.57 | $1,117.68 |
| NEW FOOTING AND FOUNDATION | 32 | MAN HOURS | $46.57 | $1,490.24 |
| | 56 | LIN. FT. | $110.00 | $6,160.00 |
| LEVEL STRUCTURE, SECURE TO NEW FOUNDATION | 34 | MAN HOURS | $46.57 | $1,583.38 |
| REPLACE DAMAGED WOOD FRAMING AND SIDING | 48 | MAN HOURS | $46.57 | $2,235.36 |
| REPLACEMENT WOOD AND MISCELLANEOUS MATERIALS | 1 | LUMP | $2,800.00 | $2,800.00 |
| SUB-TOTAL | | | | $16,690.62 |
| | | | | |
| | | | | $1,181,662.01 |
| Overhead & profit 10% + 10% | | | | $236,332.40 |
| | | | | $1,417,994.41 |

PAGE 17