IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSOLIDATION COAL COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 00-2120 |
| UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, | ) | Electronically Filed |
| and | ) | |
| CAROL D. SCHULL, individually and in her capacity as the Keeper of the National Register of Historic Places, | ) | |
| and | ) | |
| ROY and DIANE BRENDEL, | ) | |
| Defendants. | ) | |

**ORDER**

The Court, having considered the Unopposed Motion for Enlargement of Time and having reviewed said motion and all other matters relevant to said motion, the Court is of the opinion that the Motion is appropriate and is hereby GRANTED.

The Federal defendants shall respond to the Amended Complaint on or before December 23, 2005.

IT IS SO ORDERED.

Dated this _____ day of _____, 2005.

_____
United States District Court Judge