# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 00-2120 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE INTERIOR, NATIONAL PARK ) | |
| SERVICE, ) | |
| ) | |
| and ) | |
| ) | |
| CAROL D. SCHULL, individually and in ) | |
| her capacity as the Keeper of the National ) | |
| Register of Historic Places, ) | |
| ) | |
| and ) | |
| ) | |
| ROY BRENDEL and DIANE BRENDEL, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

AND NOW, to wit, this _____ day of February, 2006, Consolidation Coal Company is given to and including March 15, 2006 in which to respond to Items 97 through 104 on the docket of this Court and such other docket entries as is appropriate.

_____

J.