IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, NATIONAL PARK SERVICE, et al. )<br>)<br>Defendants. )<br>_____ )<br>)<br>ROY BRENDEL and DIANE BRENDEL, )<br>)<br>Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>INTERIOR, OFFICE OF SURFACE MINING )<br>RECLAMATION AND ENFORCEMENT, et al. )<br>)<br>Third-Party Defendants. ) | CIVIL ACTION No. 00-2120 |

**BRENDELS' MOTION FOR STAY OF DISCOVERY, PROTECTIVE ORDER**

**AND REQUEST FOR CONFERENCE WITH THE COURT**

Defendants-Third-Party Plaintiffs Roy and Diane Brendel, by and through their counsel, David C. Hook and Michael V. Nixon, submit this motion for a "Stay of Discovery, Protective Order and Request for Conference With The Court." Matters of docket control and the conduct of discovery are committed to the sound discretion of the Court. In re Fine Paper Antitrust Litigation, 685 F.2d 810, 817 (3rd. Cir. 1982); Borden Co. v. Sylk, 410 F.2d 843, 845 (3rd Cir. 1969). This motion is supported by the accompanying Declaration of David C. Hook, which sets

– 1

forth facts showing that the need for an immediate stay of discovery and conference with the Court is obvious, and that a stay and conference with the Court would be beneficial for all concerned and in the interests of fairness, justice, and common sense.

Respectfully submitted,

David C. Hook                              2/11/06
David C. Hook                              Date

David C. Hook
Pa Bar ID # 27028
P.O. Box 792
Waynesburg, PA 15370
724.627.6146

Michael V. Nixon
OR Bar # 893240
P.O. Box 12539
Pittsburgh PA 15241
412.221.6261