# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, )<br>)<br>    Plaintiff, )<br>)<br> v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, NATIONAL PARK SERVICE, et al. )<br>)<br>    Defendants. )<br>_____ )<br>)<br>ROY BRENDEL and DIANE BRENDEL, )<br>)<br>    Third-Party Plaintiffs, )<br>)<br> v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>INTERIOR, OFFICE OF SURFACE MINING )<br>RECLAMATION AND ENFORCEMENT, )<br>et al. )<br>)<br>    Third-Party Defendants. ) | CIVIL ACTION No. 00-2120<br><br>**ORDER** |

## ORDER FOR STAY, PROTECTIVE ORDER AND SCHEDULING OF CONFERENCE

The Brendels' Motion is granted, discovery is stayed and a conference is scheduled for the ___ day of _____, 2006 at _____ a.m./p.m.

Dated:_____               _____

                                 David S. Cercone, District Judge