IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, NATIONAL PARK SERVICE, et al. ) <br> ) <br> Defendants ) <br> ) <br> _____ ) <br> ) <br> ROY BRENDEL and DIANE BRENDEL ) <br> ) <br> Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, NATIONAL PARK SERVICE, et al. ) <br> ) <br> Third-Party Defendants ) | CIVIL ACTION No. 00-2120 |

## WITHDRAWAL OF APPEARANCE

1. Kindly, withdraw the appearance of Henry Ingram, as one of the named counsel for Plaintiff, Consolidation Coal Company ("Consol").. Mr. Ingram is deceased.

Respectfully submitted,

_/s/ Thomas C. Reed_
Thomas C. Reed, PA ID No. 19913
Co-Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that this ___17th___ day of February 2006, I served a copy of the foregoing Withdrawal of Appearance of Plaintiff's Counsel Resource Law Partners by first class mail, postage prepaid to the following:

Joseph A. Katarincic, Esquire
Thorp, Reed & Armstrong
301 Grant Street
One Oxford Centre, 14th Floor
Pittsburgh, PA 15222-4895

Steven C. Barcley, Esquire
U.S. Department of the Interior
Office of the Solicitor
3 Parkway Center, Room 385
Pittsburgh, PA 15220

Albert W. Schollaert
Rebecca Ross Haywood
US Attorney's Office
700 Grant Street Suite 4000
Pittsburgh, PA 15219

David C. Hook, Esquire
Hook & Hook
189 West High Street
P. O. Box 792
Waynesburg, PA 15370

Pamela L. Barkin
US DOI
1849 C Street NW
Washington, DC 20240

Michael V. Nixon, Esquire
P. O. Box 12539
Pittsburgh, PA 15241

Ruth Ann Storey, Esquire
United States Department of Justice
General Litigation Section
P. O. Box 663
601 Pennsylvania Avenue, N.W.
Washington, D.C. 20044-0663

_____
Thomas C. Reed, Esquire
PA ID No. 19913