IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, et al. | ) CIVIL ACTION No. 00-2120 |
| Defendants | ) |
| ROY BRENDEL and DIANE BRENDEL | ) |
| Third-Party Plaintiffs, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, et al. | ) |
| Third-Party Defendants | ) |

**WITHDRAWAL OF APPEARANCE**

1. Kindly, withdraw the appearance of Henry Ingram, as one of the named counsel for Plaintiff, Consolidation Coal Company ("Consol").. Mr. Ingram is deceased.

Respectfully submitted,

Thomas C. Reed, PA ID No. 19913
Co-Counsel for Plaintiff

AND NOW, this 22nd day of February, 2006,
IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE