LAW OFFICES

# HOOK AND HOOK

189 W HIGH STREET
POST OFFICE BOX 792
WAYNESBURG, PENNSYLVANIA 15370

JOHN I. HOOK, JR.
(1916-1985)

J. WILLIAM HOOK
DAVID C. HOOK
GREGORY C. HOOK

E-mail address:
hookjw@alltel.net
hookdc@alltel.net
hookgc@alltel.net

PHONE: (724) 627-6146
FAX NO. (724) 852-1620

January 13, 2006

Joseph A. Katarincic, Esq.
Thorp Reed & Armstrong, LLP
One Oxford Centre – 14th Floor
301 Grant Street
Pittsburgh, PA 15219-1425

[VIA FAX: 412-394-2555]

Re:   **Brendels – Depositions**

Dear Mr. Katarincic:

I will make the Brendels available for depositions on February 8th and 9th, 2006, and the available documents will be produced at that time.

On a different matter, we will file a response to your Amended Complaint on February 10, 2006.

Please note that, contrary to Federal Rules, you did not consult with this office prior to scheduling depositions for Roy and Diane Brendel.

In the meantime, I will get signatures on the authorizations you requested and forward them to you.

Yours truly,

*[signature]*
David C. Hook, Esquire

DCH/cs

**EXHIBIT 6**