Dbrendel.txt

1

```
 1      IN THE UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF PENNSYLVANIA
 2
    CONSOLIDATION COAL COMPANY,   )
 3                                )
              Plaintiff,          )
 4                                )
              vs.                 )
 5                                )
    UNITED STATES DEPARTMENT OF   )
 6  THE INTERIOR, NATIONAL PARK   )   Civil Action
    SERVICE,                      )   No. 00-2120
 7                                )
    and                           )
 8                                )
    CAROL D. SCHULL, individually )
 9  and in her capacity as the    )
    Keeper of the National Register)
10  of Historic Places,           )
                                  )
11  and                           )
                                  )
12  ROY BRENDEL and DIANE BRENDEL,)
                                  )
13            Defendants.         )

14

15                        - - - -

16       DEPOSITION OF:  DIANE F. BRENDEL

17                        - - - -

18
             DATE:       February 8, 2006
19                       Wednesday, 9:30 a.m.

20
             LOCATION:   Thorp Reed & Armstrong
21                       14th Floor
                         One Oxford Centre
22                       Pittsburgh, PA 15219

23           TAKEN BY:   Consolidation Coal Company

24
             REPORTED BY: Keith G. Shreckengast, RPR
25                        Notary Public
                          AKF Reference No. KS92307
```

                                                                2

 1           DEPOSITION OF DIANE F. BRENDEL,
     a witness, called by the Plaintiff for examination,
 2   in accordance with the Federal Rules of Civil
     Procedure, taken by and before Keith G. Shreckengast,
 3   RPR, a Court Reporter and Notary Public in and for
     the Commonwealth of Pennsylvania, at the offices of
                         Page 1

EXHIBIT 8

Dbrendel.txt

```
 4 A.    Right.  There might have been a year or two
 5       when I was on the books at the very beginning,
 6       when we were setting everything up.  But I'm
 7       not even sure I remember.
 8 Q.    So how old were you when you retired in '84?
 9 A.    38.
10 Q.    What caused you to retire at such an early age
11       from your teaching profession for which you had
12       a graduate degree?
13 A.    For one thing, they were planning to close the
14       small country schoolhouse that I worked at.
15       And that upset me greatly, because I didn't
16       believe in consolidating all the little country
17       schools.  And it seemed as if the philosophy of
18       the school district was going far afield of
19       what my philosophy of education was.
20 Q.    So did you technically retire, or did you
21       simply terminate --
22 A.    I technically retired.  I get a retirement
23       check.
24 Q.    When did you start getting that check?
25 A.    I'm assuming right after I retired.  It might
```

                                                              10

```
 1       have taken eight or nine months to process or
 2       whatever, but it was soon after I retired.
 3 Q.    So you've been on a retirement program or
 4       receiving compensation since the age of 38?
 5 A.    Right.
 6 Q.    And you're now 58?
 7 A.    59.
 8 Q.    How much is your retirement compensation?
```

Page 8

Dbrendel.txt

```
 9 A.    I get $77.99 a month.
10 Q.    Let me show you two documents, and we'll mark
11       these as Exhibit 1 and 1A, these documents
12       asking you to bring certain other documents
13       with you here today.
14              These are two deposition notices.
15       First there's the original notice which was
16       given on or about December 8 of last year.
17       Then we had the supplemental notice, which you
18       have there, that notice was given on or about
19       January 5 of this year.  Have you seen those
20       before?
21 A.    Yes.
22 Q.    Have you gathered up and delivered here today
23       any documents in response to that?
24 A.    Yes.
25 Q.    Where are they, please?  Are those the four
```

                                                        11

```
 1       boxes down there?
 2 A.    Yes.
 3            MR. HOOK:  I think there's eight
 4       boxes.
 5            MR. BRENDEL:  There's seven boxes.
 6       There's six big boxes, and one against the
 7       wall, folder.
 8            MR. HOOK:  Seven.
 9 BY MR. KATARINCIC:
10 Q.    So there's seven containers.  Did you assemble
11       those?
12 A.    My husband and I did.
```

Page 9

Dbrendel.txt

```
13 Q.    And are there any documents that we've
14       requested in the notice and the supplement
15       which you did not have?
16 A.    Not that I -- Let's see the supplement.
17 Q.    Were you able to respond in some way to every
18       one of the paragraph requests of the notice and
19       supplement?
20 A.    Yeah, if we had it, then you have it now.  If
21       we didn't have it, then we didn't have it.
22 Q.    What I'm asking you is are there any paragraphs
23       of this supplement and the original as to which
24       you had nothing?
25 A.    Yes, there are.
```

                                                                12

```
 1 Q.    What were those, please?  You're reading from
 2       what, the original or the supplement?
 3 A.    I don't know.  Should I start with the
 4       original?
 5 Q.    That might be better, yes.
 6 A.    The thing is some of these I don't have
 7       documents for, it was just somebody telling me
 8       something.
 9 Q.    That's what I'm asking you, are there any
10       paragraphs as to which you had no documents to
11       respond with; and if so, which one?
12             MR. HOOK:  Joe, I think you're asking
13       her to give you a legal conclusion.  In general
14       all these documents respond to your request.
15       And she's not required to tell you anything
16       specifically about whether a particular
17       document applies to a particular request.
```
Page 10

```
                        Dbrendel.txt
18              MR. KATARINCIC:  She is required.  If
19      you want, I'll ask her to give me everything
20      you're producing in response to paragraph 1.
21              MR. HOOK:  And I'll tell her not to
22      respond.
23              MR. KATARINCIC:  You're serious?
24              MR. HOOK:  Yes.
25              MR. KATARINCIC:  Alright, I'll ask
```

                                                                13

```
 1      her.
 2 BY MR. KATARINCIC:
 3 Q.   What documents did you produce here today in
 4      response to paragraph 1, Exhibit A, of your
 5      notice?
 6              MR. HOOK:  Don't respond.
 7 Q.   Do you know, ma'am?
 8              MR. HOOK:  Don't respond to that
 9      question.
10 Q.   Do you know what documents you produced, that's
11      all, in response to paragraph 1?
12              MR. HOOK:  Don't respond to that
13      question.
14              MR. KATARINCIC:  On what basis?
15              MR. HOOK:  You're asking for mental
16      impressions and legal conclusions.  What
17      particular documents respond to paragraph 1 are
18      a result of my work product.  You're not going
19      to ask for that.
20              MR. KATARINCIC:  I will ask you the
21      same question for each and every paragraph of
                        Page 11
```

Dbrendel.txt

22       Exhibit A to the deposition notice, which goes
23       to 21 paragraphs.
24              MR. HOOK:  Joe, just save your
25       breath, the same response to all of them.

                                    14

1               MR. KATARINCIC:  Let's be courteous,
2        Dave, please.  I will just tell you my
3        judgment, that's a totally improper objection.
4        You have no right to direct her so.  And she
5        will most likely end up coming back here when
6        we go to the Court.
7               MR. HOOK:  Fine.
8   BY MR. KATARINCIC:
9   Q.   Do you know whether any documents though picked
10       up and encompassed by Exhibit 1, Exhibit 1A
11       were held back and not produced?
12  A.   I have no idea.
13  Q.   You don't know?
14  A.   Huh-uh.
15  Q.   Are there any documents that you know as to
16       which attorney client privilege was asserted?
17  A.   I have no idea.
18  Q.   Did you have any discussions along those lines
19       with anybody?
20  A.   No.
21  Q.   Do you know if any documents were withheld on
22       the basis of, as Mr. Hook said, attorney client
23       privilege, or more specifically work product
24       privilege, which means documents of your lawyer
25       and things he prepared and helped you with and

Page 12

Dbrendel.txt

15

```
1      so forth?
2  A.  I have no idea.
3  Q.  You don't know.  Do you know who would know
4      what was withheld because of privilege, either
5      work product or attorney client?
6  A.  Unless my lawyer knows.  I don't know.
7  Q.  How about your husband, did he ever discuss
8      that with you?
9  A.  No, we don't think in terms like these.  And we
10     don't communicate in terms like these.  So I
11     really don't know.
12 Q.  You don't know whether or not any were withheld
13     because of privilege?
14 A.  Not that I know of.
15 Q.  Just answer my question, that's all.
16 A.  I'm trying.
17         MR. HOOK:  Joe, she has answered your
18     question.
19         MR. KATARINCIC:  I'm trying to put
20     her at ease, she's very apprehensive.
21         MR. HOOK:  You're not putting her at
22     ease, you're asking her the same question
23     twice.  If you keep it to the point, she'll be
24     much more at ease.
25         MR. KATARINCIC:  I'm very capable of
```

16

```
1      doing that.
2          MR. HOOK:  We appreciate that.
3  BY MR. KATARINCIC:
```

Page 13

Dbrendel.txt

```
 4 Q.   Did you ever discuss with your husband -- he's
 5      writing some notes here -- did you ever discuss
 6      with him whether or not anything was withheld?
 7 A.   No.
 8 Q.   How did you and your husband go about
 9      collecting all these documents that you're
10      producing here today?
11 A.   We went through file cabinets and folders and
12      boxes and picture albums and cupboards, just
13      looking for anything that pertained to whatever
14      you might have wanted.
15 Q.   And you're satisfied you produced everything
16      that you could locate?
17 A.   Yes.  We spent a long time doing it.
18 Q.   I appreciate your help on that, ma'am.
19             MR. KATARINCIC:  Dave, how do you
20      want to identify these boxes?  You have what,
21      six, and then that one container.
22             Would you mark an exhibit on each
23      box.
24             MR. HOOK:  Mr. Brendel informs me
25      that each box will contain, if there's
```

                                                              17

```
 1      documents, paper type documents, it will
 2      contain folders that characterize the contents
 3      of the folder.  There are I think two boxes of
 4      videotapes.  Then the last box that is leaning
 5      against the wall has a number of different
 6      things, but essentially they're plans and
 7      drawings.
 8             MR. KATARINCIC:  We'll mark the
```
                              Page 14

```
                           Dbrendel.txt
 9       boxes. I'll go through them. I know you told
10       me there's some he wants to take with him.
11                         - - - -
12       (Exhibits 2 - 8 marked for identification.)
13                         - - - -
14 BY MR. KATARINCIC:
15 Q.    Do I understand that the boxes we've marked
16       Exhibits 2 through 8 inclusive contain all the
17       documents or other items responsive to the
18       deposition notices for you to appear here
19       today?
20 A.    Yes.
21 Q.    How often during the day do you take Xanax,
22       three, four times?
23 A.    I only take it when I know that -- when I know
24       I'm going to be feeling anxiety, for example a
25       day like today. Otherwise --
```

                                                              18

```
 1 Q.    So you've taken it today?
 2 A.    Yes. Otherwise I don't need to take it at all.
 3 Q.    When did the property in question here, let's
 4       describe it as the Brendel property if that's
 5       okay, when was that acquired, ma'am?
 6 A.    1971, October of 1971.
 7 Q.    And was it acquired by you and your husband?
 8 A.    Yes, it was.
 9 Q.    And what did you pay for it at that time?
10 A.    I believe it was $43,000.
11 Q.    And how many acres of land were included in
12       that purchase?
```

Page 15