Dbrendel.txt

1

```
 1      IN THE UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF PENNSYLVANIA
 2
    CONSOLIDATION COAL COMPANY,    )
 3                                 )
              Plaintiff,           )
 4                                 )
              vs.                  )
 5                                 )
    UNITED STATES DEPARTMENT OF    )
 6  THE INTERIOR, NATIONAL PARK    )   Civil Action
    SERVICE,                       )   No. 00-2120
 7                                 )
    and                            )
 8                                 )
    CAROL D. SCHULL, individually  )
 9  and in her capacity as the     )
    Keeper of the National Register)
10  of Historic Places,            )
                                   )
11  and                            )
                                   )
12  ROY BRENDEL and DIANE BRENDEL, )
                                   )
13            Defendants.          )

14

15                      - - - -

16       DEPOSITION OF:  DIANE F. BRENDEL

17                      - - - -

18
              DATE:     February 8, 2006
19                      Wednesday, 9:30 a.m.

20
              LOCATION: Thorp Reed & Armstrong
21                      14th Floor
                        One Oxford Centre
22                      Pittsburgh, PA 15219

23            TAKEN BY: Consolidation Coal Company

24
              REPORTED BY: Keith G. Shreckengast, RPR
25                         Notary Public
                           AKF Reference No. KS92307
```

2

```
 1          DEPOSITION OF DIANE F. BRENDEL,
    a witness, called by the Plaintiff for examination,
 2  in accordance with the Federal Rules of Civil
    Procedure, taken by and before Keith G. Shreckengast,
 3  RPR, a Court Reporter and Notary Public in and for
    the Commonwealth of Pennsylvania, at the offices of
```

Page 1

EXHIBIT

9

Dbrendel.txt

18    putting this on the National Register?
19 A.  I met a woman who was having her home, or had
20    just had it put on the National Register. We
21    got to talking. My sister-in-law said that I,
22    me, have a beautiful home that people call a
23    landmark, perhaps I should think about -- the
24    woman said well, perhaps you should think about
25    putting your house on the Register. And at

                                                    34

1     first I kind of dismissed it. But then I
2     thought well, gee, why not. There's a lot of
3     historical places in Greene County. It would
4     be nice to be designated as a national historic
5     treasure. So I talked to my husband about it.
6     We started doing a little bit of research with
7     the Major's boxes of correspondence, and
8     original drawings and maps, started putting
9     things together. And then I called this same
10    woman and said can you recommend somebody to
11    help us do this process.
12         MR. HOOK: Let's stop here a minute,
13    Joe. While you're questioning Mrs. Brendel,
14    your associate, Lauren Rushak, is taking
15    materials from various boxes out of various
16    files and bringing them over to you outside of
17    the file. I don't mind her getting the files
18    out, but I would request that she not remove
19    them from a file and bring them to you. We're
20    eventually going to have a bunch of materials
21    and not know where they're going back to.

Dbrendel.txt

22       MR. KATARINCIC:  I don't know what
23  the problem is.
24       MR. HOOK:  The problem is I don't
25  want them mixed up.  Can we agree that that

                                          35

1   will be the process here?
2        MR. KATARINCIC:  I agree she won't
3   mix them up.
4        MR. HOOK:  That's not acceptable,
5   Joe.  I want them to remain with the file.
6        MS. RUSHAK:  Why don't we bring the
7   box over.
8        MR. HOOK:  Bring the box over.  I
9   don't want them taken out of the files that
10  they were put in by Mr. Brendel and spread
11  around your desk and leaving them in a
12  disorganized manner.  I can't try to keep track
13  of your associate and pay attention to your
14  question at the same time.
15       MR. KATARINCIC:  Let me assure you,
16  my associate does not do things in a
17  disorganized manner.
18       MR. HOOK:  No doubt.
19       MR. KATARINCIC:  Thank you for
20  bringing that to me.  And I don't think you
21  meant it as an aspersion on her.
22       MR. HOOK:  I certainly didn't.
23  BY MR. KATARINCIC:
24  Q.  Let's finish the answer, please.  Do you want
25      the question read back?