Dbrendel.txt

1

```
 1      IN THE UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF PENNSYLVANIA
 2
    CONSOLIDATION COAL COMPANY,    )
 3                                 )
              Plaintiff,           )
 4                                 )
              vs.                  )
 5                                 )
    UNITED STATES DEPARTMENT OF    )
 6  THE INTERIOR, NATIONAL PARK    )   Civil Action
    SERVICE,                       )   No. 00-2120
 7                                 )
    and                            )
 8                                 )
    CAROL D. SCHULL, individually  )
 9  and in her capacity as the     )
    Keeper of the National Register)
10  of Historic Places,            )
                                   )
11  and                            )
                                   )
12  ROY BRENDEL and DIANE BRENDEL, )
                                   )
13            Defendants.          )

14

15                    - - - -

16         DEPOSITION OF:  DIANE F. BRENDEL

17                    - - - -

18
              DATE:      February 8, 2006
19                       Wednesday, 9:30 a.m.

20
              LOCATION:  Thorp Reed & Armstrong
21                       14th Floor
                         One Oxford Centre
22                       Pittsburgh, PA 15219

23            TAKEN BY:  Consolidation Coal Company

24
              REPORTED BY: Keith G. Shreckengast, RPR
25                         Notary Public
                           AKF Reference No. KS92307
```

2

```
          DEPOSITION OF DIANE F. BRENDEL,
 1  a witness, called by the Plaintiff for examination,
    in accordance with the Federal Rules of Civil
 2  Procedure, taken by and before Keith G. Shreckengast,
    RPR, a Court Reporter and Notary Public in and for
 3  the Commonwealth of Pennsylvania, at the offices of
```

Page 1

EXHIBIT

11

```
                            Dbrendel1.txt
 4      times.  They're all improper.  Move on.
 5                  MR. KATARINCIC:  I don't want to know
 6      about your arrangements.
 7                  MR. HOOK:  You just heard my
 8      response.
 9                  MR. KATARINCIC:  I just asked her in
10      the $3 million number if she included the legal
11      fees you thought you'd have to pay Hook.
12                  MR. HOOK:  She's answered that
13      question.  She's not answering it again.  Don't
14      ask it again.  If you ask it one more time,
15      we're out of here.
16 BY MR. KATARINCIC:
17 Q.   What all made up the $3 million?
18                  MR. HOOK:  She's answered that.
19                  MR. KATARINCIC:  No, she has not.
20                  MR. HOOK:  Yes, she has.
21 BY MR. KATARINCIC:
22 Q.   Would you please answer, ma'am?
23                  MR. HOOK:  Don't answer.
24 Q.   Break down the $3 million and what made it up.
25                  MR. HOOK:  Don't answer.  She's
```

                                                                122

```
 1      already broken it down to you.
 2 Q.   Tell me how many dollars for this, how many
 3      dollars for that, ma'am.
 4                  MR. HOOK:  She's already answered it.
 5      Don't answer it again.
 6                  MR. KATARINCIC:  She's not answered
 7      it.
 8                  MR. HOOK:  Yes, she has.
                            Page 104
```

Dbrendel.txt

9  BY MR. KATARINCIC:
10 Q.     Break down the numbers that made up the
11        $3 million.
12              MR. HOOK:  She broke it down.  Don't
13        answer.
14 Q.     The only number I recall getting from you, if
15        I'm wrong, tell me, you said $1.8 million?
16              MR. HOOK:  Don't answer.  You gave
17        him a series of numbers, and you don't have to
18        go through them again.
19 Q.     You said 60,000.  That's how much you told me
20        made up the $3 million.
21              MR. HOOK:  Mr. Katarincic, I'm
22        running out of patience here.  She's not
23        answering these questions any further, period.
24        One more question in this area, we're out of
25        here.

                                                    123

1               MR. KATARINCIC:  It's irrelevant to
2         me what your patience level is.
3               MR. HOOK:  I'm telling you this to
4         see if you want us to continue with this
5         deposition or you want us to leave at this
6         point.
7               MR. KATARINCIC:  I want you to
8         continue, and I have a right to ask the
9         questions.
10              MR. HOOK:  Not repetitively.  She's
11        finished on that subject matter.
12 BY MR. KATARINCIC:

Dbrendel.txt

13 Q.   I just want to know what made up the
14      $3 million.
15              MR. HOOK:  We're done.  On the
16      record, I'd like somebody sent up to pick up
17      these boxes.
18              MR. KATARINCIC:  There's nobody to be
19      sent up.  Those three boxes are in the custody
20      of the court, and you have no right to take
21      them.  Mr. Reporter, do you understand that?
22      Are you asking that they be kept in your
23      custody?
24              THE REPORTER:  It's my understanding
25      I'm the custodian of the records.

                                                  124

1               MR. HOOK:  On the record, we had an
2       agreement when these were brought up here that
3       they would be made available for their
4       examination, we would return them to our
5       custody, we would make copies of what they
6       wanted to evaluate.  As we've stated before,
7       there are original, unique family documents
8       throughout all of these boxes.  They cannot be
9       replaced.  We set the ground rules, and
10      Mr. Katarincic has unilaterally attempted to
11      change those ground rules.  We are returning
12      these to my office.  They will be available
13      there for Mr. Katarincic to look at.
14              MR. KATARINCIC:  We'll see you here
15      tomorrow.  Mr. Brendel is to go tomorrow.  He's
16      scheduled for deposition.
17              MR. HOOK:  He's not coming back
                        Page 106

Dbrendel.txt

18  tomorrow until we arrive at some appropriate
19  ground rules.
20          MR. KATARINCIC:  Ground rules on
21  what?
22          MR. HOOK:  Just this right here,
23  you're making us carry these out of here.
24          MR. KATARINCIC:  Leave them here
25  overnight.

                                          125

1           MR. HOOK:  I'm not going to leave
2   here.
3           MR. KATARINCIC:  You don't trust the
4   reporter?
5           MR. HOOK:  I told you beforehand they
6   were not to be left here.  I told you that
7   before they were brought up here.  You
8   obviously have no comprehension of your word.
9   And they are leaving, and they're not coming
10  back until we have some kind of agreement on
11  how they're to be handled.  The fact that
12  you're making us carry them out of here to me
13  reflects you in its entirety, Mr. Katarincic.
14          MR. KATARINCIC:  Because they're to
15  remain here.
16          MR. HOOK:  You know perfectly well
17  what the original discussion was.
18          MR. KATARINCIC:  Are they too heavy
19  for you to carry?
20          MR. HOOK:  Yes, exactly, I happen to
21  have a ruptured disc in my neck.

Page 107

Dbrendel.txt

22        MR. KATARINCIC:  Well, then if it's
23   so bad, we'll get you somebody.
24        MR. HOOK:  I appreciate your
25   consideration.

                                          126

1         MR. KATARINCIC:  We'll look for you
2    tomorrow again.
3         MR. HOOK:  We won't be here,
4    Mr. Katarincic.
5         MR. KATARINCIC:  We're moving for
6    sanctions, including fees against you.
7         MR. HOOK:  Do whatever you want.
8         MR. KATARINCIC:  We will.
9         MR. HOOK:  Are you going to bring
10   somebody here for these documents or not?
11        MR. KATARINCIC:  We'll send them down
12   to the street level.
13        MR. HOOK:  We'll walk with them.
14        MR. KATARINCIC:  Will those documents
15   be kept intact and nothing removed from the
16   boxes?
17        MR. HOOK:  Of course.
18        MR. KATARINCIC:  I don't know about
19   that.
20        MR. HOOK:  You're beyond belief,
21   Mr. Katarincic.  You would suggest that we
22   wrote bring documents up here in a box and then
23   take them back and remove documents overnight.
24        MR. KATARINCIC:  Nobody suggested
25   anything.

Page 108

Dbrendel.txt
127

1           MR. HOOK: You asked would they
2    remain intact, and I said yes, and you go well,
3    I don't know if I believe that. That
4    suggestion is so infantile.
5           MR. KATARINCIC: I didn't say that,
6    sir.
7           MR. HOOK: He can read it back. See
8    what he said.
9           MR. KATARINCIC: I believe so.
10              - - - -
11   (The record was read back by the Reporter.)
12              - - - -
13          MR. HOOK: You're insulting
14   intelligent people here, Mr. Katarincic.
15   You're unbelievable.
16          MR. KATARINCIC: No one is insulting
17   anybody. Your theatrics I'm sure are
18   appreciated in Greene County, but not beyond
19   that. I think you're making a grave mistake by
20   leaving here. Courts do not tolerate this
21   walking out of a deposition like this.
22          MR. HOOK: Mr. Katarincic, you
23   refused to cease inquiring into the financial
24   arrangements between my client and myself,
25   after I requested you to cease probably ten

128

1    times. That kind of conduct is on top of your
2    repeated refusal to simply ask a question and
3    get an answer and go on. You just came to the

Page 109

Dbrendel.txt
4   limits of what's appropriate here.  Until you
5   can agree on how to conduct yourself, your
6   attempt to hijack these records after they were
7   brought up here in good faith under a set of
8   ground rules, it's simply not possible to go
9   forward.
10          MR. KATARINCIC:  Nobody is hijacking
11  anything.  They're under the custody of the
12  reporter.  He has a fiduciary duty to the
13  Court, not to you or to me.  Let me make one
14  other point, only one time was a question asked
15  about arrangements, and you objected, and never
16  again was anything asked about the details of
17  her arrangement with you.  I did use the word
18  contingent once, you objected, and I never
19  asked it again.
20          MR. HOOK:  I think this record will
21  speak for itself that you repeatedly attempted
22  to delve into the arrangement for the legal
23  fees between my client and myself.
24          MR. KATARINCIC:  Mr. Shreckengast, on
25  the record, how do you propose to handle the

                                          129

1   fact that these boxes, which are in your
2   custody, are being removed?  Are you going to
3   contact a lawyer for your reporting service?
4           THE REPORTER:  I'll wait and see if
5   the parties resolve it, and if they don't, I'm
6   sure I'll be notified.
7           MR. KATARINCIC:  We're going to
8   notify the Court that you let them go, I'll put
                      Page 110

Dbrendel.txt

9   that in my motion, and you're going to say you
10  believe voluntarily.
11          MR. HOOK:  Are you going to tell him
12  what to say?
13          MR. KATARINCIC:  No, I'm saying are
14  you going to say you agreed to removing them?
15          THE REPORTER:  I put my understanding
16  on the record.
17              - - - -
18  (There was a discussion off the record.)
19              - - - -
20          MR. KATARINCIC:  There's one document
21  that's marked as an exhibit, one little piece
22  of paper.  The agreement of April 15, I'm
23  sorry, April 5, '98, between Roy Brendel and
24  Clinton Piper, one page, calling for the
25  payment of $300 in phase one and $300 in phase

                                            130

1   two, actually $300 in each phase.  That
2   document is an exhibit, and Mr. Hook insists on
3   taking it from the custody of the reporter.
4           MR. HOOK:  This document is labeled
5   Original Letters National Register Nomination.
6   They are the Brendels' personal papers that are
7   part of the history of their efforts to get
8   this property placed on the Historic Register.
9   The ground rules established were that these
10  documents were to be identified as to which
11  ones they wanted copies made of, and we would
12  arrange to have copies made of them.  This

Page 111

Dbrendel.txt

13  document could easily be copied and made an
14  exhibit.  There would be no significant change
15  in its --
16          MR. KATARINCIC:  Do you want me to
17  copy it now?
18          MR. HOOK:  I'm quite happy for you to
19  copy it.  You can copy everything in here.
20          MR. KATARINCIC:  The whole document?
21          MR. HOOK:  You can copy everything in
22  here.  I'll tell you what, have it copied in
23  its entirety.  There's certainly no objection
24  to any of the documents that you wish to retain
25  being copied, as I had earlier agreed with you.

                                            131

1           MR. KATARINCIC:  Then leave them
2  here, I'll copy them overnight.
3           MR. HOOK:  Mr. Katarincic, I'm not
4  going to leave them here.
5           MR. KATARINCIC:  Do it overnight, and
6  when Mr. Brendel comes back tomorrow, they'll
7  be here.
8           MR. HOOK:  I'm sorry, Mr. Katarincic,
9  I simply don't trust you.  And your conduct
10 certainly justifies that.  Trying to hijack
11 these after they were brought up in good faith
12 to me is the height of improper legal practice.
13              - - - -
14          (Thereupon, the deposition was
15 adjourned at 2 p.m.)
16              - - - -
17
                    Page 112