Rbrendel.txt

1

```
 1      IN THE UNITED STATES DISTRICT COURT FOR THE
             WESTERN DISTRICT OF PENNSYLVANIA
 2
    CONSOLIDATION COAL COMPANY,    )
 3                                 )
             Plaintiff,            )
 4                                 )
             vs.                   )
 5                                 )
    UNITED STATES DEPARTMENT OF    )
 6  THE INTERIOR, NATIONAL PARK    )  Civil Action
    SERVICE,                       )  No. 00-2120
 7                                 )
    and                            )
 8                                 )
    CAROL D. SCHULL, individually  )
 9  and in her capacity as the     )
    Keeper of the National Register)
10  of Historic Places,            )
                                   )
11  and                            )
                                   )
12  ROY BRENDEL and DIANE BRENDEL, )
                                   )
13           Defendants.           )

14

15                       - - - -

16           DEPOSITION OF:  ROY BRENDEL

17                       - - - -

18
           DATE:       February 9, 2006
19                     Thursday, 9:30 a.m.

20
           LOCATION:   Thorp Reed & Armstrong
21                     14th Floor
                       One Oxford Centre
22                     Pittsburgh, PA 15219

23         TAKEN BY:   Consolidation Coal Company

24
           REPORTED BY: Keith G. Shreckengast, RPR
25                      Notary Public
                        AKF Reference No. KS92308
```

2

```
            DEPOSITION OF ROY BRENDEL,
 1  a witness, called by the Plaintiff for examination,
    in accordance with the Federal Rules of Civil
 2  Procedure, taken by and before Keith G. Shreckengast,
    RPR, a Court Reporter and Notary Public in and for
 3  the Commonwealth of Pennsylvania, at the offices of
```

Page 1

EXHIBIT 15

Rbrendel.txt
                                              78

1          MR. HOOK:  He's not going to answer
2     those questions.
3          MR. KATARINCIC:  You're reshading the
4     argument in a way favorable to you.
5  BY MR. KATARINCIC:
6  Q.  All I'm saying is in those boxes are there any
7     documents that come within the purview of
8     what's described here in paragraph 13, which is
9     mine subsidence?
10         MR. HOOK:  He's not going to answer
11    it.
12 Q.  Those documents are in Mr. Hook's car, you say,
13    down in the building here?  Is that what you
14    said?
15 A.  Yes.
16 Q.  Parked in the building here where this
17    deposition is going on?
18 A.  Yeah, where he parked his car.
19 Q.  But I mean they're in town here?
20 A.  Yes.
21         MR. KATARINCIC:  Many of my questions
22    that I have set forth here pertain to
23    documents.  So I've been basically prohibited
24    from taking this deposition because of that
25    conduct.

                                              79

1          MR. HOOK:  For the record, I'd like
2     to state that the conduct that has caused the
3     documents not to be here is Mr. Katarincic's

```
                            Rbrendel.txt
    4      conduct yesterday, where he attempted to
    5      improperly hijack those documents and keep them
    6      here in his office, contrary to the original
    7      agreement of them being brought up here.  Until
    8      such time as Mr. Katarincic can agree to an
    9      appropriate method to handle the documents,
   10      they will remain in my custody, at my office,
   11      where he is welcome to come and examine them at
   12      his convenience, upon making appropriate
   13      arrangements.
   14 BY MR. KATARINCIC:
   15 Q.   But right as you sit here today, you have no
   16      documents in this room in response to this
   17      notice of deposition, do you?
   18 A.   I put the documents, as was asked for, I
   19      brought them yesterday.
   20 Q.   Are they in the room here today?
   21 A.   I'm not going to answer that question.
   22 Q.   You have to answer me.  Are they here?  You
   23      have no choice what you do or don't want to
   24      answer, sir.  It's a fact, are those documents
   25      here right now in this room?
```

                                                            80

```
    1 A.   I brought them yesterday.
    2 Q.   Sir, are they here now, please?
    3 A.   They're in the boxes.
    4 Q.   Are the boxes here?
    5 A.   I'm not going to answer that question.
    6           MR. KATARINCIC:  It seems to me, I've
    7      never tried before, but this is a perfect
    8      opportunity for contempt proceedings against
```
Page 68

Rbrendel.txt

9   this witness. His last several questions
10  reflected to me he's obstreperous, doesn't want
11  to cooperate. And is apparently, for some
12  reason, refusing to give evidence to me. I'm
13  going to terminate this, but I'm going to do
14  two things; first move for sanctions, and
15  second, move to have you held in contempt. And
16  I mean it. We'll leave it at that.
17          This deposition will be terminated in
18  light of the conduct of the witness, his
19  refusal to answer questions. Thank you very
20  much.
21          MR. HOOK: The record is not closed
22  yet.
23          MR. KATARINCIC: The record is going
24  to continue open.
25          MR. HOOK: Let the record show that

                                                81

1   as I indicated yesterday to Mr. Katarincic on
2   the record, that those documents would be
3   removed until such time as he agreed to an
4   appropriate method for the handling of them.
5   He has not agreed as of this date. He
6   apparently does not want to agree. The
7   documents are available for him at our office,
8   and will remain available to him at our office
9   until such time as he agrees to an appropriate
10  methodology to handle these documents, which
11  are unique, irreplaceable, family documents.
12  That have historical value, which have family