Rbrendel.txt

1

```
 1      IN THE UNITED STATES DISTRICT COURT FOR THE
             WESTERN DISTRICT OF PENNSYLVANIA
 2
    CONSOLIDATION COAL COMPANY,    )
 3                                 )
              Plaintiff,           )
 4                                 )
              vs.                  )
 5                                 )
    UNITED STATES DEPARTMENT OF    )
 6  THE INTERIOR, NATIONAL PARK    )  Civil Action
    SERVICE,                       )  No. 00-2120
 7                                 )
    and                            )
 8                                 )
    CAROL D. SCHULL, individually  )
 9  and in her capacity as the     )
    Keeper of the National Register)
10  of Historic Places,            )
                                   )
11  and                            )
                                   )
12  ROY BRENDEL and DIANE BRENDEL, )
                                   )
13            Defendants.          )

14

15                   - - - -

16           DEPOSITION OF:  ROY BRENDEL

17                   - - - -

18
           DATE:     February 9, 2006
19                   Thursday, 9:30 a.m.

20
           LOCATION: Thorp Reed & Armstrong
21                   14th Floor
                     One Oxford Centre
22                   Pittsburgh, PA 15219

23         TAKEN BY:  Consolidation Coal Company

24
           REPORTED BY: Keith G. Shreckengast, RPR
25                      Notary Public
                        AKF Reference No. KS92308
```

2

```
 1              DEPOSITION OF ROY BRENDEL,
    a witness, called by the Plaintiff for examination,
 2  in accordance with the Federal Rules of Civil
    Procedure, taken by and before Keith G. Shreckengast,
 3  RPR, a Court Reporter and Notary Public in and for
    the Commonwealth of Pennsylvania, at the offices of
```
Page 1

EXHIBIT 16

Rbrendel.txt
22    you just mentioned?
23 A.    Yes.
24 Q.    Did you use it for any other purposes before
25      the mining?

                                                              56

 1 A.    No.
 2 Q.    Is that building damaged?
 3 A.    That building leans a little bit, but that
 4       particular building is up off the floor.  I had
 5       rebuilt that floor myself.  So it held up
 6       pretty good.  There's some minor damage to the
 7       bottom of it.
 8 Q.    You rebuilt the floor since the mining?
 9 A.    No, before, before the mining, exactly the way
10       the Major built it with raw cut lumber.
11 Q.    Anything else that was damaged by this mining
12       that you're making the claim for $3 million
13       for?
14 A.    I'm not making a claim for $3 million.
15             MR. HOOK:  Objection, that's
16       misrepresenting the record.  The $3 million was
17       offered prior to the mining at a negotiating
18       session.  That's what we've been talking about
19       for over an hour now.  At no time has he talked
20       about any estimate placed on the damages post
21       mining.
22 Q.    What number did you put on repairing the
23       storage shed at the time you put the $3 million
24       number together?
25 A.    I can't recall.

Rbrendel.txt

57

```
1              MR. HOOK:  We're going to take a
2       break here.
3                    - - - -
4       (There was a brief pause in the proceedings.)
5                    - - - -
6  BY MR. KATARINCIC:
7  Q.   We were talking that before the mining took
8       place you put a number of $3 million on
9       anticipated damages, you recall that?
10 A.   Uh-huh.
11 Q.   Have you since the mining took place put a
12      similar $3 million number on for the damages to
13      the structures, including the house?
14 A.   That would be -- Mr. Hook has all that
15      information on the Glance report.  We just
16      talked about the Glance report.
17 Q.   Well, do you know if there's been a claim made
18      against my client by you for $3 million for
19      damage to the house and the structures and so
20      forth?
21 A.   I'm not sure exactly what the number is.  The
22      numbers, my lawyer handles all that number
23      stuff.
24 Q.   This is a Complaint that was shown to
25      Mrs. Brendel yesterday, Exhibit 12 A.  Would
```

58

```
1       you look at that, please, and tell me whether
2       you've ever seen it.  I'm sorry, I called it a
3       Complaint, it's the Second Amended Answer,
```

```
                        Rbrendel.txt
 4         Counterclaim and Third Party Complaint, that's
 5         the title to it.
 6  A.     Tell you the truth, I can't tell one of these
 7         from another.  If I could ask my attorney, I'm
 8         sure he gives me all this stuff.
 9  Q.     I'm simply asking you have you seen it before
10         today?
11  A.     If it's the one I got in the mail, I guess it
12         is.  It looks like -- yeah, it looks like the
13         same thing.
14  Q.     Same thing as what, that you were given to
15         review?
16  A.     I think.
17  Q.     You are the Counterclaimant here, Roy Brendel?
18  A.     Yes.
19  Q.     On page 16, paragraph it looks like it's 3,
20         damages.
21  A.     Uh-huh.
22  Q.     Other damages.  Do you see that 3 A, it's a
23         little below the middle of the page?
24  A.     Other damages, yes.
25  Q.     Would you read paragraph A, sir, out loud?
```

                                                              59

```
 1  A.     It says compensatory damages in excess of 1,800
 2         for the --
 3  Q.     $1,800,000?
 4  A.     For the damage to the Brendels' home, and in
 5         excess of $1,200,000 for the damage to the
 6         Brendels' other buildings and property, in a
 7         total sum to be determined at trial.
 8  Q.     Those two numbers, if you add them up, are $3
                           Page 50
```

Rbrendel.txt

```
 9        million?
10 A.     Yes.
11 Q.     So would it be correct to say that in this
12        lawsuit you are claiming $3 million for damage
13        to the house, your home, and the other
14        buildings and property?
15              MR. HOOK:  No, that's not --
16        objection, that's just a misrepresentation of
17        the statement in the document.  I'm not going
18        to permit you to distort that.  It says quite
19        clearly the damages are in excess of
20        $1.8 million for damages to the house, and in
21        excess of 1.2 for the rest of the property.
22        And this is a total sum to be determined at
23        trial.  That's what it says, Mr. Katarincic,
24        not what you're trying to twist it to.
25              MR. KATARINCIC:  Mr. Hook, I really
```

                                                          60

```
 1        feel sorry for you.
 2 BY MR. KATARINCIC:
 3 Q.     Let's go back to A.  The two numbers set forth
 4        come to $3 million, do they not?
 5 A.     Yes, they do.
 6 Q.     And you and I previously, in enumerating what
 7        went into the $3 million, included all of the
 8        structures and so forth --
 9              MR. HOOK:  Objection, Mr. Katarincic.
10        Again you are misconstruing.
11              MR. KATARINCIC:  I didn't finish my
12        question.
```

Page 51

Rbrendel.txt

13        MR. HOOK:  Finish it, then I'll
14   object.
15        MR. KATARINCIC:  Please try to
16   contain yourself, Mr. Hook.
17        MR. HOOK:  It's very hard with your
18   type of conduct, Mr. Katarincic.
19        MR. KATARINCIC:  If you need another
20   break, I'll be happy to give it to you.
21 BY MR. KATARINCIC:
22 Q.  The amount of the $3 million which was given to
23      Mr. Jenkins and Mr. Kramer in Hook's office,
24      that covered what, all your damages including
25      the buildings and land and wheat and hay and so

                                                    61

1       forth?
2 A.    That was an estimate at that time.
3 Q.    Of all physical damage?
4 A.    Yes.
5 Q.    Now what do you understand the $3 million is
6       for here as set forth in paragraph 3 at page 16
7       of Exhibit 12 A?
8 A.    It says to be determined at trial.
9 Q.    What else does it say?  Are you saying that the
10      amount could be less $3 million; is that what
11      you intend to say here?
12           MR. HOOK:  Your Honor --
13 A.    It says in excess.
14 Q.    So you think it could be more than 3 million?
15 A.    I have to rely on my lawyer.
16           MR. HOOK:  I object to this line of
17      questioning.  The statement says what it says.
Page 52

Rbrendel.txt

```
18        You don't need to ask this witness what it says
19        or what it might say.
20 Q.     Tell me what makes up the demand for 1.8
21        million and 1.2 million as set forth in
22        paragraph 3 on page 16.
23                MR. HOOK:  If you know.
24 Q.     And don't take that as a clue for an answer.
25        That's what he intends it to be.
```

                                                                62

```
 1 A.     It says to be determined at trial.
 2 Q.     But what do you understand constitutes --
 3 A.     To be determined at trial.  That's exactly what
 4        it is.
 5 Q.     When you use the word 1.8 here, that number,
 6        what did you understand it to be?
 7 A.     I don't know what you're talking about.
 8 Q.     What is included in the 1.8 million?  When you
 9        made a claim against Consol for 1.8 million and
10        1.2 million, tell me exactly what was included
11        within those numbers.
12 A.     Just what it says here, in excess.
13 Q.     Of?  What is it for?  What do they represent,
14        damage to what?
15 A.     This statement says compensatory damages in
16        excess of 1,800,000 for the damages to the
17        Brendels' home, and in excess of 1,200,000 for
18        the damage to the Brendels' other buildings and
19        property in a total sum to be determined at
20        trial.
21 Q.     What's the property you're referring to there
```

Page 53

```
                                  Rbrendel.txt
22            in that paragraph?  Do you know, sir?
23  A.        No, I don't follow you.
24  Q.        What is included in the word property as you
25            use it in paragraph 3 A?
```

                                                              63

```
 1  A.        I don't know.  I don't know what you're talking
 2            about.
 3  Q.        You don't understand my question, or you don't
 4            know what's included in the word?
 5  A.        Yeah, I don't understand your question.
 6  Q.        Well, you included the 1,800,000 damage to the
 7            Brendels' home, and in excess of 1,200,000 for
 8            damage to other buildings?
 9  A.        Yes.
10                    MR. HOOK:  That's not what it says,
11            it says other buildings and property.
12                    MR. KATARINCIC:  I'm asking him what
13            property means.  Don't interrupt him.
14  BY MR. KATARINCIC:
15  Q.        You say other buildings and property.  What is
16            the property you're talking about?
17  A.        I would assume it meant my property.
18  Q.        What piece of your property?  Describe it in
19            detail.
20  A.        133 acres.
21  Q.        So it would be damage to the land itself?
22  A.        I don't know.
23  Q.        You don't know what it means?
24  A.        No, I don't know.
25  Q.        Okay, this is Roy Brendel Exhibit 13.
```