Rbrendel.txt

1

```
 1      IN THE UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF PENNSYLVANIA
 2
    CONSOLIDATION COAL COMPANY,   )
 3                                )
              Plaintiff,          )
 4                                )
              vs.                 )
 5                                )
    UNITED STATES DEPARTMENT OF   )
 6  THE INTERIOR, NATIONAL PARK   )   Civil Action
    SERVICE,                      )   No. 00-2120
 7                                )
    and                           )
 8                                )
    CAROL D. SCHULL, individually )
 9  and in her capacity as the    )
    Keeper of the National Register)
10  of Historic Places,           )
                                  )
11  and                           )
                                  )
12  ROY BRENDEL and DIANE BRENDEL,)
                                  )
13            Defendants.         )

14

15                   - - - -

16           DEPOSITION OF:   ROY BRENDEL

17                   - - - -

18
              DATE:      February 9, 2006
19                       Thursday, 9:30 a.m.

20
              LOCATION:  Thorp Reed & Armstrong
21                       14th Floor
                         One Oxford Centre
22                       Pittsburgh, PA 15219

23            TAKEN BY:  Consolidation Coal Company

24
              REPORTED BY: Keith G. Shreckengast, RPR
25                         Notary Public
                           AKF Reference No. KS92308
```

2

```
 1           DEPOSITION OF ROY BRENDEL,
    a witness, called by the Plaintiff for examination,
 2  in accordance with the Federal Rules of Civil
    Procedure, taken by and before Keith G. Shreckengast,
 3  RPR, a Court Reporter and Notary Public in and for
    the Commonwealth of Pennsylvania, at the offices of
                       Page 1
```

EXHIBIT 17

```
                            Rbrendel.txt
   22      kind of leaning down a little bit.  But at the
   23      time I didn't know what was going to happen to
   24      it.
   25  Q.  So you put a number on that rock wall also?

                                                              35

    1  A.  Yes.
    2  Q.  How much, sir?
    3  A.  Probably a thousand dollars, labor.
    4  Q.  Anything else?
    5  A.  My outside fences.
    6  Q.  Barbed wire fences?
    7  A.  Yes.
    8  Q.  How many feet?
    9  A.  133 acres.  I don't know how many feet that is.
   10  Q.  All of the fence was affected by the mining?
   11           MR. HOOK:  Hold it, excuse me, Joe,
   12      you're misinterpreting his testimony there.
   13      He's testifying about the proposal they put
   14      together before the mining took place, not
   15      after the mining.  That's what he's testifying
   16      about, so don't say --
   17           MR. KATARINCIC:  Now that you said
   18      it, I understand what you're saying.  He did
   19      not say that, but I presume you want him to say
   20      that.
   21  BY MR. KATARINCIC:
   22  Q.  So why don't we say that's what you're saying?
   23  A.  You asked me --
   24           MR. HOOK:  Wait a minute.  We'll go
   25      back in the testimony.  And you be quiet and
```

Rbrendel.txt
                                                                36

1    let me complete what I'm saying.  You're asking
2    him where he got this 3 million dollar number,
3    Mr. Katarincic.  That number was offered at a
4    meeting with Mr. Jenkins before the mining took
5    place.  That's the testimony of record.  If you
6    deny that, we'll go back through here in detail
7    and he can read it back to you.  Don't insult
8    me with inaccurate statements on the record.
9              MR. KATARINCIC:  All I asked you was
10   what made up the $3 million.
11             MR. HOOK:  Correct, and that was an
12   offer made before the mining.  Understood?
13 BY MR. KATARINCIC:
14 Q.  Do you hear what he wants you to say?
15             MR. HOOK:  No, do you understand,
16   Mr. Katarincic?  You apparently want to
17   misrepresent the record.  Do you understand
18   that now, or do we need to go back and
19   establish the record accurately?
20             MR. KATARINCIC:  Please keep your
21 voice down.
22             MR. HOOK:  Please answer my question.
23             MR. KATARINCIC:  You're acting very
24 unprofessional.
25             MR. HOOK:  No, I'm not, you are.  You

                                                                37

1    repeatedly misrepresent the record, purposely.
2    That's unprofessional.  Now do you agree that's
3    what the record states or not?  Because if you

Rbrendel.txt

```
 4         won't to agree, we'll have him go back and read
 5         us the record.
 6  BY MR. KATARINCIC:
 7  Q.     When you met with Mr. Jenkins, you gave him the
 8         $3 million number, what made up the $3 million,
 9         that's all I'm asking, and that's all I've been
10         asking?
11                 MR. HOOK:  Are you aware that was
12         taking place before the mining occurred or not,
13         Mr. Katarincic?
14                 MR. KATARINCIC:  My question --
15                 MR. HOOK:  You're saying to my client
16         well, did that get damaged.  Of course it
17         didn't get damaged, it wasn't mined yet.  How
18         could it get damaged before the mining?  That's
19         insulting to him, and it's insulting to me.
20         And it's a waste of our time.
21                 MR. KATARINCIC:  Are you finished,
22         sir.
23                 MR. HOOK:  Yes.
24  BY MR. KATARINCIC:
25  Q.     What I asked you was what made up the $3
```

                                                        38

```
 1         million when you met with Mr. Jenkins.  Did you
 2         understand that?
 3  A.     Yes.
 4  Q.     Now that's what I've been asking you.  So what
 5         else was involved in this $3 million number you
 6         gave Mr. Jenkins?
 7  A.     I started to say the fencing.
 8  Q.     How much did you put in for that, sir?
```

Rbrendel.txt

```
 9 A.   I would guess, it's been a long time, I'd say
10      probably close to $20,000 to put a fence up
11      around 133 acres.
12 Q.   I'm just asking for the number, sir.  I'm not
13      challenging you.  What else is included in that
14      $3 million number?
15 A.   The ornamental fencing that's right around the
16      house itself, and the driveway.
17 Q.   Is that not included in the Mr. Davis bid?
18 A.   His was the structure only.
19 Q.   So you had ornamental fencing.  How much did
20      you put in for that?
21 A.   I would say probably about 15,000.
22 Q.   What else?  What else was included in the 3
23      million?
24 A.   Did I mention the landscaping?
25 Q.   Alright, sir.
```

                                                          39

```
 1 A.   20,000.
 2 Q.   That's landscaping around the structure?
 3 A.   This is to replace the landscaping that the
 4      Major -- when we got the place, we got all the
 5      plants.  The Major took care to plant things in
 6      specific places.  A lot of that we assumed
 7      would be bulldozed over and things like that,
 8      because I had seen that in neighboring
 9      properties.  They run machines in there and
10      you're going to tear stuff up.
11 Q.   I'm just asking you the number?
12 A.   $20,000.
```

Page 33

Rbrendel.txt

13 Q.   What else, sir?
14 A.   It's been a long time since I thought about
15      that.
16 Q.   I understand.
17 A.   At this time I can't recall any other ones.
18 Q.   Just to help me, the 400 bales of hay twice a
19      year, did you, yourself, cut that hay and
20      bundle it?
21 A.   I had neighbors bundle it for me.  My
22      brother-in-law did it.  I don't own a tractor
23      myself.  But I would bale it.  It had to be cut
24      by somebody's tractor, but we baled it and used
25      it, and stored it on the property.

                                                    40

1 Q.    And what did you do with it?
2 A.    My brother-in-law, well, we had a horse.  My
3       daughter had a horse.  And it takes a lot of
4       hay to feed a horse over the winter.  And my
5       brother-in-law has horses, and cows.  And I
6       shared a lot of hay with him, because he helped
7       keep the fields cut and everything.
8 Q.    What else did you do with it, if there was
9       anything else?
10 A.   We had to buy hay in addition to what I had.
11 Q.   So if I understand correctly, and if I don't
12      please correct me, you would have 400 bales of
13      hay twice a year?
14 A.   That's correct.
15 Q.   And that hay was used for the animal, your
16      daughter's horse, and your brother-in-law's
17      animals?

Page 34

Rbrendel.txt

18 A.   Correct.
19 Q.   Any other use made of that hay?
20 A.   Yeah, my brother-in-law used that hay for mulch
21      for his greenhouse business.
22 Q.   What other use?
23 A.   That's about it.
24 Q.   Did you sell any of it on the market to
25      anybody?

41

1 A.   No.
2 Q.   So the hay, the 800 bales a year, were used by
3      your family, your daughter, brother-in-law and
4      so forth?
5 A.   Right.
6 Q.   There was no residue after that for sale?
7 A.   No, I didn't sell it, no.
8 Q.   Let me see if I have all the items.  If I've
9      missed any, it's because I can't read my own
10     handwriting.  As I have it, I have 1.8 million
11     for the Thrall House?
12 A.  Uh-huh.
13 Q.  250,000 for the Apple House; is that correct?
14     For the pigpen I have 20,000 bucks; is that
15     correct?
16 A.  Yes.
17 Q.  Then we had a chicken house that was $20,000?
18 A.  Yes.
19 Q.  Then I have 25,000, what was that?  What would
20     have been the 25,000 for?
21 A.  Maybe the sheep -- do you have the number on

```
                          Rbrendel.txt
22      the sheep pen?
23 Q.   Okay.  Then I have 50,000.  What was that for?
24      50 and then 40, what were those for?
25 A.   That was a horse barn was 50, and the car barn
```

                                                                    42

```
1       was 40.
2 Q.    I'm sorry, that's correct.  Then I have 20,000
3       bucks for fencing.  I have ornamental fencing
4       15,000, landscaping 20,000, a basketball court
5       a thousand dollars, rock walls a thousand
6       dollars.  What I didn't write down and you gave
7       it to me was the swimming pool, what was that?
8 A.    25.
9 Q.    25,000.  Any others, sir?
10 A.   I know another -- when you build a swimming
11      pool, you've got to wait a year for the ground
12      around it.  You dig it up, and you have to
13      wait.  I had patios all around it.  So probably
14      about 2,000 to put all, like putting a sidewalk
15      in, cement patio.
16 Q.   Pardon me?
17 A.   It's like a cement walkway right around the
18      pool, so you don't get your feet dirt into it.
19 Q.   Was there a sidewalk there before?
20 A.   Yes, when the --
21 Q.   You put that in when the pool was dug?
22 A.   Yes.
23 Q.   Wasn't there a hole already for the pool?
24 A.   Yes, but when you -- that pool is completely
25      disintegrated.  If you want to replace that
```

```
 1      pool, you've got to start from scratch.
 2 Q.   So there's 2,000 bucks for a sidewalk around
 3      the pool?
 4 A.   Yes.
 5 Q.   Anything else?
 6 A.   Let's see, you've got the figures.
 7 Q.   We didn't put a number on the slips, did we?
 8      What number did we put on the slips?
 9 A.   I know we talked about the slips.  What was the
10      number?
11 Q.   You did mention the slips.
12 A.   As I said, this is before the mining.  This was
13      a contingency.  We don't know whether there was
14      going to be slips.  Why don't you take 3
15      million and subtract everything there and take
16      that number for the slips.
17              MR. HOOK:  There was no number placed
18      on replacing four water sources either.
19 Q.   What was that number, sir?
20 A.   Didn't I mention water?
21 Q.   You mentioned the sources, but no number.  What
22      was the number for the water?
23              MR. HOOK:  There's four water
24      sources.
25 A.   I would say 25,000 apiece.
```

44

```
 1 Q.   So that's $100,000.  Have you lost those
 2      sources of water now?
 3 A.   Every one of them.
```

Page 37

```
                     Rbrendel.txt
 4 Q.    And what are you doing for water?
 5 A.    Water buffaloes for six years as a matter of
 6       fact. I'm glad you mentioned it, they just
 7       hooked up my city water a week ago.
 8 Q.    You have city water now?
 9 A.    Yes, but I've had water buffaloes for six
10       years.
11 Q.    Did you have city water before?
12 A.    No.
13 Q.    Who paid for hooking up the city water?
14 A.    Consol.
15 Q.    Now describe these slips. I know you said it's
16       land that you anticipate would slide into the
17       road or into your neighbor's property?
18 A.    Yes. See, I have a lot of hilly land. A lot
19       of it's timber, a lot of it's forest. And you
20       get slips, and it erodes your property, it
21       devaluates it. And you've got problems with
22       getting in there with lumber roads and things
23       like that. And slips will cause trees and
24       things to fall down, too. There's no end to
25       what you could imagine could happen.
```

                                                            45

```
 1 Q.    Did you have any slips?
 2 A.    Not yet, as far as I know.
 3 Q.    When was the mining completed?
 4 A.    Mining was in the year 2000, the actual going
 5       under the property was the year 2000.
 6 Q.    Have you had anybody in, any expert to give you
 7       any opinion as to whether there was any serious
 8       risk of a slip, from this day forward?
```