IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, | )  Civil Action No. 00-2120 |
| | ) |
| and | ) |
| | ) |
| JANET SNYDER MATHEWS, individually and in her capacity as the Keeper of the National Register of Historic Places, | ) |
| | ) |
| and | ) |
| | ) |
| ROY BRENDEL and DIANE BRENDEL. | |

## ORDER OF COURT

On this _____ day of _____, 2006, IT IS HEREBY ORDERED that the Motion of Plaintiff Consolidation Coal Company is GRANTED.

1. Defendants Roy and Diane Brendel are hereby ordered to deliver to the offices of ThorpReed & Armstrong all documents which were previously requested within 15 days of entry of this Order and no later than _____.

2. Defendants Roy and Diane Brendel are each hereby ordered to appear for a full day of deposition of each of them at the offices of Thorp Reed & Armstrong within fifteen days after delivery of the requested documents and no later than _____.

3. IT IS FURTHER ORDERED that _____ will serve as a Special Master for purposes of resolving all disputes during the depositions of Defendants Roy and Diane Brendel.

00688872.DOC

-2-

4. IT IS FURTHER ORDERED that sanctions shall be imposed against Defendants Roy and Diane Brendel and their counsel, David C. Hook, Esquire, for payment of the fees and costs incurred by Plaintiff in connection with Plaintiff's preparation and attendance at their respective depositions and in preparing this Motion. Consol will submit an affidavit of fees and costs within 30 days of entry of this Order.

5. IT IS FURTHER ORDERED that Defendant Roy Brendel is hereby held in civil contempt of this Court and is ORDERED to remit a fine of $_____payable to Plaintiff.

_____J.

00688872.DOC