# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF THE ) | |
| INTERIOR, NATIONAL PARK SERVICE, et al. ) | |
| ) | CIVIL ACTION No. 00-2120 |
| Defendants. ) | |
| _____ ) | **ORDER** |
| ) | |
| ROY BRENDEL and DIANE BRENDEL, ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| INTERIOR, OFFICE OF SURFACE MINING ) | |
| RECLAMATION AND ENFORCEMENT, ) | |
| et al. ) | |
| ) | |
| Third-Party Defendants. ) | |

## ORDER FOR STAY, PROTECTIVE ORDER AND SCHEDULING OF CONFERENCE

The Brendels' Motion is granted, discovery is stayed and a conference is scheduled for the ___ day of _____, 2006 at _____ a.m./p.m.

Dated:_____                        _____

                                                                  David S. Cercone, District Judge