UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>INTERIOR, NATIONAL PARK SERVICE, )<br>CAROL D. SHULL, ROY BRENDEL, )<br>DIANE BRENDEL, )<br>)<br>Defendants )<br>)<br>v )<br>)<br>UNITED STATES DEPARTMENT OF )<br>INTERIOR, OFFICE OF SURFACE MINING )<br>RECLAMATION AND ENFORCEMENT, )<br>THOMAS F. HOFFMAN. )<br>)<br>Third-Party Defendants ) | Civil Action No. 00-2120 |

**ORDER OF COURT SETTING**
**SETTLEMENT CONFERENCE**

A Settlement Conference has been scheduled for July 14, 2005 at 9:00 a.m. in Room 5260 of the U. S. Post Office and Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania 15219. Chief trial counsel and the parties shall attend in person.

On or before July 12, 2005 the parties shall submit brief confidential letters to the Court detailing the relative strengths and weaknesses of their case, as well as settlement postures including monetary amounts. The letters will neither be filed nor shared with opposing counsel. Accordingly, candor is expected.



EXHIBIT A

Counsel should be familiar with this Court's Practices and Procedures (see Court Practices and Procedures at www.pawd.uscourts.gov, link "court practice".)

SO ORDERED this 29th day of June, 2005.

*Thos M. Hardiman*
Thomas M. Hardiman
United States District Judge

cc:   counsel of record

Joseph A. Katarincic, Esquire
Kim M. Watterson, Esquire
Thorp, Reed & Armstrong
One Oxford Centre, 14th Floor
Pittsburgh, PA 15219

Rebecca Ross Haywood, AUSA
U. S. Attorney's Office
700 Grant Street, Suite 400
Pittsburgh, PA 15219

Ruth Ann Storey, Esquire
U. S. Department of Justice
Environment & Natural Resources Div.
P. O. Box 663
General Litigation Section
Washington, DC 20044

Pamela L. Barkin, Esquire
U. S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

David C. Hook, Esquire
Hook & Hook
189 West High Street
P. O. Box 792
Waynesburg, PA 15370

Michael V. Nixon, Esquire
P. O. Box 12539
Pittsburgh, PA 15241

Albert W. Schollaert, AUSA
U. S. Attorney's Office
700 Grant Street, Suite 400
Pittsburgh, PA 15219

Steven C. Barcley, Esquire
U. S. Department of Interior
Office of the Solicitor
Three Parkway Center, Suite 385
Pittsburgh, PA 15220