## Notices

2:00-cv-02120-DSC CONSOLIDATION COAL v. UNITED STATES DEPT., et al

### U.S. District Court

### Western District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from kdw, entered on 7/7/2005 at 3:08 PM EDT and filed on 7/7/2005

**Case Name:** CONSOLIDATION COAL v. UNITED STATES DEPT., et al
**Case Number:** 2:00-cv-2120
**Filer:**
**Document Number:**

**Docket Text:**
NOTICE re [88]: The Settlement Conference scheduled for July 14, 2005 at 9:00 a.m. before Judge Hardiman is CONTINUED until further notice. Text-only entry; no PDF document will issue. (kdw)

The following document(s) are associated with this transaction:

**2:00-cv-2120 Notice will be electronically mailed to:**

Rebecca Ross Haywood    rebecca.haywood@usdoj.gov, vanessa.black@usdoj.gov

Albert W. Schollaert    albert.schollaert@usdoj.gov, doreen.scott@usdoj.gov;usa-paw-ecf-civil@usdoj.gov

**2:00-cv-2120 Notice will be delivered by other means to:**

Steven C. Barcley
United States Department of Interior
Office of the Solicitor
Three Parkway Center
Suite 385
Pittsburgh, PA 15220

Pamela L. Barkin
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

David C. Hook
Hook & Hook



EXHIBIT B