**CONSOL ENERGY**

CNX Land Resources, Inc.
State Route 7 and US 19
PO Box 100
Osage, WV 26543

phone:    304/285-2237
toll free:  866/821-4522
fax:        304/285-2228

Anthony M. Drezewski
Land Agent

**CERTIFIED MAIL 7005 1160 0003 2858 5632
RETURN RECEIPT REQUESTED**

March 8, 2006

Roy & Diane Brendel
124 Forney Hollow Road
Spraggs, PA   15362

Dear Mr. & Mrs. Brendel:

Consolidation Coal Company is in receipt of an Order from the Pennsylvania Department of Environmental Protection dated February 1, 2006 to repair the structures located on your property located in Wayne Township, Greene County, Pennsylvania. Consolidation Coal Company is currently making the necessary arrangements in order to begin the repair process at your property. The first phase of the process is to select a Project Manager to oversee and coordinate the entire job.

Consolidation Coal Company is interested in considering your input as to the selection of a Project Manager. As per the Order, the Project Manager, whether an individual or entity, is required to be a Registered Architect in the Commonwealth of Pennsylvania and also be knowledgeable about the Secretary of the Interior's Standards for Rehabilitation. The Project Manager should also be competent and experienced in carrying out restoration of structures in accordance with the Secretary of the Interior's Standards for Rehabilitation.

Consolidation Coal Company is requesting that you submit a list of possible candidates for the Project Manager position within fifteen (15) days from receipt of this letter. Consolidation Coal Company will review your suggestions and consider these candidates, as well as others. Upon completion of the candidate review process, Consolidation Coal Company would like to meet with you to discuss the final decision on the Project Manager position.

If you have any questions or concerns, please do not hesitate to contact me anytime.

Sincerely,

Anthony M. Drezewski
Land Agent

cc:    William S. Plassio, PA DEP

**EXHIBIT
D**