Dbrendel1.txt

1

```
 1       IN THE UNITED STATES DISTRICT COURT FOR THE
                WESTERN DISTRICT OF PENNSYLVANIA
 2
    CONSOLIDATION COAL COMPANY,    )
 3                                 )
              Plaintiff,           )
 4                                 )
              vs.                  )
 5                                 )
    UNITED STATES DEPARTMENT OF    )
 6  THE INTERIOR, NATIONAL PARK    )   Civil Action
    SERVICE,                       )   No. 00-2120
 7                                 )
    and                            )
 8                                 )
    CAROL D. SCHULL, individually  )
 9  and in her capacity as the     )
    Keeper of the National Register)
10  of Historic Places,            )
                                   )
11  and                            )
                                   )
12  ROY BRENDEL and DIANE BRENDEL, )
                                   )
13            Defendants.          )

14

15                       - - - -

16          DEPOSITION OF:  DIANE F. BRENDEL

17                       - - - -

18
                  DATE:   February 8, 2006
19                        Wednesday, 9:30 a.m.

20
                  LOCATION:  Thorp Reed & Armstrong
21                           14th Floor
                             One Oxford Centre
22                           Pittsburgh, PA 15219

23           TAKEN BY:   Consolidation Coal Company

24
             REPORTED BY:   Keith G. Shreckengast, RPR
25                          Notary Public
                            AKF Reference No. KS92307
```

2

```
 1          DEPOSITION OF DIANE F. BRENDEL,
    a witness, called by the Plaintiff for examination,
 2  in accordance with the Federal Rules of Civil
    Procedure, taken by and before Keith G. Shreckengast,
 3  RPR, a Court Reporter and Notary Public in and for
    the Commonwealth of Pennsylvania, at the offices of
```


EXHIBIT E

Dbrendel1.txt

```
 9         rebuild our house.  We spent a considerable
10         amount of money hiring experts to find out a
11         figure.  We were answering the question that
12         Consol asked us.  We weren't demanding
13         anything.
14  Q.     So you're simply saying you would need
15         $3 million, that's the price tag?
16  A.     To properly rebuild the house.
17  Q.     And did you have anything in writing at that
18         time to show it would be 3 million?
19  A.     Yes, we did.
20  Q.     From whom?
21  A.     We had the Davis & Sons report, which came to
22         1.8 million.  Then we had all our experts'
23         fees, which came to another something like
24         $60,000.
25  Q.     Who has paid those, by the way, those fees, the
```

                                                            116

```
 1         sixty-some thousand?
 2  A.     Roy and I have paid some of it.  And Mr. Hook
 3         has paid some of it.
 4  Q.     How much have you paid, you and Mr. Brendel?
 5  A.     We've paid about 18,000.
 6  Q.     Did you say a total of 60 originally?
 7  A.     Approximately.
 8  Q.     So Mr. Hook just paid 42,000; is that correct?
 9  A.     Uh-huh, yes.
10  Q.     So when you say $3 million, that's mostly cost
11         of repairing structures, and for these expert
12         costs?
```

Dbrendel1.txt

```
13  A.    And for other incidentals.  For example at that
14        time we still had the wetlands that had to be
15        repaired, that we assumed would be a couple
16        hundred thousand dollars.  And we didn't know
17        of any other incidentals that might come up
18        along the way.  For example, the mold
19        mitigation that needs to be done, which is
20        close to another $50,000.
21  Q.    You're talking here about putting a price tag
22        on repairing the structure, not about clearing
23        up mold?
24  A.    You can't repair --
25                MR. HOOK:  Objection.
```

                                                                117

```
 1  A.    -- the structure --
 2                MR. HOOK:  You're trying to
 3        characterize her testimony inaccurately,
 4        Mr. Katarincic.
 5                MR. KATARINCIC:  I'm sorry?
 6                MR. HOOK:  He'll read it back to you.
 7  BY MR. KATARINCIC:
 8  Q.    In this $3 million number you have included the
 9        legal fees for Mr. Hook I take it?
10  A.    Yes.
11  Q.    You have a contingency fee in there?
12  A.    Yes.
13  Q.    That's what, 33 percent?
14                MR. HOOK:  Objection, you're not
15        allowed to ask her about any kind of
16        arrangement of payment.
17                MR. KATARINCIC:  She said your fees
```

```
                         Dbrendel1.txt
18        are included in that, and I want to know how
19        much.
20                  MR. HOOK:  Objection.  Don't answer.
21 BY MR. KATARINCIC:
22 Q.     Do his fees, as a concept, as a number, I don't
23        want to know the number, they are all included
24        in the $3 million?
25 A.     Yes.

                                                        118

 1 Q.     Now there's a repair order has been issued on
 2        this house, you know that?
 3 A.     Yes.
 4 Q.     It's dated I think February 1 of this year?
 5 A.     Yes.
 6 Q.     Are you satisfied with this order?
 7 A.     Yes.
 8 Q.     So you're accepting it?
 9 A.     Yes.
10                  MR. HOOK:  Objection.
11 Q.     Now who is going to pay Mr. Hook for his legal
12        fees if this order is followed through?  Where
13        is the money going to come from?
14 A.     I have no idea.
15 Q.     You're not prepared to pay, are you?
16 A.     No.
17 Q.     So as far as you're concerned, the order is
18        okay, but you are not going to pay legal fees?
19                  MR. HOOK:  Objection.
20 Q.     Since you're not getting cash from the state;
21        is that correct?
                          Page 101
```