# Implementation of Disclosure in United States District Courts, With Specific Attention to Courts' Responses to Selected Amendments to Federal Rule of Civil Procedure 26

**Donna Stienstra**
**Research Division**
**Federal Judicial Center**

March 30, 1998
(Update of March 28, 1997 Report)

**EXHIBIT F**

Implementation of Disclosure in Federal District Courts, Federal Judicial Center, March 30, 1998.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| District | Rule/Order[2] | Initial Disclosure Rule 26(a)(1) | Expert Disclosure Rule 26(a)(2) | Pretrial Disclosure Rule 26(a)(3) | Other Disclosure Requirements[3] | Discovery Deferment Rule 26(d) | Confer & Prepare Discovery Plan Rule 26(f) | Other Requirements[3] |
| PA-E | Standing Order 12/1/93 | Not in effect. | In effect. | In effect. | CJRA Plan requires initial disclosure similar to federal rule, excepting 26(a)(C). | Not in effect. | Not in effect. | CJRA Plan requires deferment of discovery until initial disclosure is made, except by leave of court or agreement of the parties. CJRA Plan requires parties in cases on the Special Management Track to confer and provide the court a joint discovery-management plan. |
| PA-M | As reported by the court, 3/98 | In effect. | In effect. | In effect. | | In effect. | In effect. | |
| PA-W | Order of Court 12/10/93 | Not in effect. | Not in effect. | In effect.12 | | Not in effect. | Not in effect. | |
| PR | Notice 94-21 7/8/94 | Not in effect. | Not in effect. | In effect. | | Appears to be mooted by non-implementation of 26(f). | Not in effect. | |
| | Local Rule 311.16 6/16/94 | | | | | | | |
| RI | General Order 5/9/94 | Not in effect. | Not in effect. | Not in effect. | | Not in effect. | Not in effect only insofar as it relates to 26(a)(1). | |

24