IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY,   )<br>                                                                )<br>       Plaintiff,                                    )<br>                                                                )<br>v.                                                            )<br>                                                                )<br>UNITED STATES DEPARTMENT                )<br>OF THE INTERIOR, NATIONAL                  )<br>PARK SERVICE,                                         )<br>                                                                )<br>       and                                            )<br>                                                                )<br>CAROL D. SCHULL, individually and    )<br>in her capacity as Keeper of the National )<br>Register of Historic Places,                      )<br>                                                                )<br>       and                                            )<br>                                                                )<br>ROY and DIANE BRENDEL,                     )<br>                                                                )<br>       Defendants.                             )<br>_____)<br>                                                                )<br>ROY BRENDEL and DIANE                      )<br>BRENDEL,                                                )<br>                                                                )<br>       Third Party Plaintiffs,           )<br>v.                                                            )<br>                                                                )<br>CONSOLIDATION COAL COMPANY, )<br>NORTHERN WEST VIRGINIA              )<br>REGION, a Delaware corporation         )<br>with a principal place of business in    )<br>West Virginia,                                           )<br>                                                                )<br>       and                                            )<br>                                                                )<br>DARREL D. AUCH, individually and    )<br>in his official capacity as Senior Vice  )<br>President for Mining, Consolidation   )<br>Coal Company, Northern West Virginia )<br>Region, Morgantown, West Virginia,  )<br>                                                                )<br>       and                                            )<br>                                                                )<br>SHEIRL FLETCHER, individually and )<br>in his official capacity as Certified      )<br>Professional Geologist, Consolidation )<br>Coal Company, Northern West Virginia )<br>Region, Morgantown, West Virginia,  )<br>                                                                )<br>       and                                            )<br>                                                                ) | 2:00cv2120<br>Electronic Filing |

| | |
|---|---|
| CONSOL ENERGY, a Delaware Corporation, | ) )|
| and | ) ) |
| THOMAS F. HOFFMAN, individually and in his official capacity as Vice President, Investor and Public Relations, CONSOL Energy, | ) ) ) ) ) |
| and | ) ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, | ) ) ) ) ) |
| and | ) ) |
| PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, | ) ) ) ) |
| Third Party Defendants. | ) |

## ORDER OF COURT

AND NOW, this 6th day of April, 2006, upon due consideration of plaintiff's motion to compel (Doc. No. 111) and defendants' submissions in response thereto, IT IS ORDERED that the motion be, and the same hereby is, DENIED. The issues for proper discovery pursuant to plaintiff's amended complaint have not been formally joined, and no authorization to engage in discovery prior to the completion of the pleading stage has been obtained from the court.

David Stewart Cercone
United States District Judge

cc:  **Joseph A. Katarincic**
Thorp, Reed & Armstrong
301 Grant Street
One Oxford Centre, 14th Floor
Pittsburgh, PA 15222-4895
(412) 394-2388
Email: jkatarincic@thorpreed.com

-2-

**Thomas C. Reed**
2415 Grant Building
Pittsburgh, PA 15219
(412) 281-5096
Email: treed@dinslaw.com

**Pamela L. Barkin**
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

**Rebecca Ross Haywood**
United States Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
(412) 644-3500
Email: rebecca.haywood@usdoj.gov

**Ruth Ann Storey**
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
General Litigation Section
Washington, DC 20044
(202) 305-0493
Email: ruth.ann.storey@usdoj.gov

**Albert W. Schollaert**
United States Attorney's Office
700 Grant Street
Suite 400
Pittsburgh, PA 15219
(412) 644 6600
Email: albert.schollaert@usdoj.gov

**David C. Hook**
Hook & Hook
189 West High Street
P.O. Box 792
Waynesburg, PA 15370
(724) 627-6146
Email: hookdc@alltel.net

**Michael V. Nixon**
P.O. Box 12539
Pittsburgh, PA 15241
(412) 221-6261

**Steven C. Barcley**
United States Department of Interior
Office of the Solicitor
Three Parkway Center
Suite 385
Pittsburgh, PA 15220