IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONSOLIDATION COAL COMPANY,** )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**UNITED STATES DEPARTMENT** )<br>**OF THE INTERIOR, NATIONAL** )<br>**PARK SERVICE,** )<br>)<br>and  )<br>)<br>**CAROL D. SCHULL, individually and** )<br>**in her capacity as Keeper of the National** )<br>**Register of Historic Places,** )<br>)<br>and  )<br>)<br>**ROY and DIANE BRENDEL,** )<br>)<br>Defendants.  )<br>_____  )<br>)<br>**ROY BRENDEL and DIANE** )<br>**BRENDEL,** )<br>)<br>Third Party Plaintiffs,  )<br>v.  )<br>)<br>**CONSOLIDATION COAL COMPANY,** )<br>**NORTHERN WEST VIRGINIA** )<br>**REGION, a Delaware corporation** )<br>**with a principal place of business in** )<br>**West Virginia,** )<br>)<br>and  )<br>)<br>**DARREL D. AUCH, individually and** )<br>**in his official capacity as Senior Vice** )<br>**President for Mining, Consolidation** )<br>**Coal Company, Northern West Virginia** )<br>**Region, Morgantown, West Virginia,** )<br>)<br>and  )<br>)<br>**SHEIRL FLETCHER, individually and** )<br>**in his official capacity as Certified** )<br>**Professional Geologist, Consolidation** )<br>**Coal Company, Northern West Virginia** )<br>**Region, Morgantown, West Virginia,** )<br>) | **2:00cv2120**<br>**Electronic Filing** |

|   |   |
|---|---|
| and | ) |
|  | ) |
| **CONSOL ENERGY, a Delaware Corporation,** | ) ) |
|  | ) |
| and | ) |
|  | ) |
| **THOMAS F. HOFFMAN, individually and in his official capacity as Vice President, Investor and Public Relations, CONSOL Energy,** | ) ) ) ) ) |
|  | ) |
| and | ) |
|  | ) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT,** | ) ) ) ) |
|  | ) |
| and | ) |
|  | ) |
| **PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,** | ) ) ) |
|  | ) |
| Third Party Defendants. | ) |

## ORDER OF COURT

AND NOW, this 10th day of April, 2006,

IT IS ORDERED that trial counsel shall appear for a conciliation conference before this member of the Court on **Wednesday, May 17, 2006 at 11:00 a.m.**, Courtroom No. 7A, 7th Floor, United States Post Office & Courthouse, Pittsburgh, PA.  Counsel shall confer with their clients prior to the conference and shall utilize all reasonable means available to obtain settlement authority to resolve the case in advance of the conference.  **ALL PARTIES AND/OR PRINCIPALS WITH SETTLEMENT AUTHORITY ARE REQUIRED TO BE PRESENT FOR THE CONFERENCE.  AVAILABILITY BY TELEPHONE IS NOT SUFFICIENT**.  Failure to comply with this order may result in sanctions.

s/ David Stewart Cercone<br>
David Stewart Cercone<br>
United States District Judge

cc:    Joseph A. Katarincic, Esquire
Thorp, Reed & Armstrong
One Oxford Centre, 14th Floor
301 Grant Street
Pittsburgh, PA 15219

Thomas C. Reed, Esquire
Dinsmore & Shohl
Grant Building
Suite 2415
Pittsburgh, PA 15219

David C. Hook, Esquire
Hook & Hook
P. O. Box 792
Waynesburg, PA 15370

Michael V. Nixon, Esquire
P. O. Box 12539
Pittsburgh, PA 15241

Albert W. Schollaert, AUSA

Ruth Ann Storey, Esquire
U.S. Department of Justice
Environment & Natural Resources
   Division
General Litigation Section
P. O. Box 663
Washington, DC 20044

Steven C. Barcley, Esquire
U.S. Department of the Interior
Office of the Solicitor
Three Parkway Center, Room 385
Pittsburgh, PA 15220

Pamela L. Barkin, Esquire
United States Department of Interior
1849 C Street, NW
Washington, DC 20240