IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, | ) |
| Plaintiff, | ) |
| v. | )  2:00cv2120<br>)  Electronic Filing |
| UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, | ) |
| and | ) |
| CAROL D. SCHULL, individually and in her capacity as Keeper of the National Register of Historic Places, | ) |
| and | ) |
| ROY and DIANE BRENDEL, | ) |
| Defendants. | ) |
| ROY BRENDEL and DIANE BRENDEL, | ) |
| Third Party Plaintiffs,<br>v. | ) |
| CONSOLIDATION COAL COMPANY, NORTHERN WEST VIRGINIA REGION, a Delaware corporation with a principal place of business in West Virginia, | ) |
| and | ) |
| DARREL D. AUCH, individually and in his official capacity as Senior Vice President for Mining, Consolidation Coal Company, Northern West Virginia Region, Morgantown, West Virginia, | ) |
| and | ) |
| SHEIRL FLETCHER, individually and in his official capacity as Certified Professional Geologist, Consolidation Coal Company, Northern West Virginia Region, Morgantown, West Virginia, | ) |
| and | ) |

| | |
|---|---|
| CONSOL ENERGY, a Delaware Corporation, | ) ) ) |
| and | ) ) |
| THOMAS F. HOFFMAN, individually and in his official capacity as Vice President, Investor and Public Relations, CONSOL Energy, | ) ) ) ) ) ) |
| and | ) ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, | ) ) ) ) ) |
| and | ) ) |
| PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, | ) ) ) ) |
| Third Party Defendants. | ) |

## ORDER OF COURT

AND NOW, this 10th day of April, 2006, upon due consideration of the Brendal defendants' motion to stay (Doc. No. 101) and plaintiff's submissions in conjunction therewith, IT IS ORDERED that the motion be, and the same hereby is, GRANTED, and this action is stayed until the completion of a conciliation conference with the court.

David Stewart Cercone
United States District Judge

cc: **Joseph A. Katarincic**
Thorp, Reed & Armstrong
301 Grant Street
One Oxford Centre, 14th Floor
Pittsburgh, PA 15222-4895


**Thomas C. Reed**
2415 Grant Building
Pittsburgh, PA 15219

**Pamela L. Barkin**
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

**Rebecca Ross Haywood**
United States Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219

**Ruth Ann Storey**
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
General Litigation Section
Washington, DC 20044

**Albert W. Schollaert**
United States Attorney's Office
700 Grant Street
Suite 400
Pittsburgh, PA 15219

**David C. Hook**
Hook & Hook
189 West High Street
P.O. Box 792
Waynesburg, PA 15370

**Michael V. Nixon**
P.O. Box 12539
Pittsburgh, PA 15241

**Steven C. Barcley**
United States Department of Interior
Office of the Solicitor
Three Parkway Center
Suite 385
Pittsburgh, PA 15220