IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, NATIONAL PARK SERVICE, et al. )<br>)<br>Defendants )<br>)<br>──────────────────────── )<br>)<br>ROY BRENDEL and DIANE BRENDEL )<br>)<br>Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, NATIONAL PARK SERVICE, et al. )<br>)<br>Third-Party Defendants ) | CIVIL ACTION No. 00-2120 |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Lauren D. Rushak, Esquire of Thorp Reed & Armstrong, LLP on behalf of Plaintiff Consolidation Coal Company in the above-captioned matter. This appearance is additional to the prior appearances for that party.

Dated: April 18, 2006

Respectfully Submitted,

*/s/ Lauren D. Rushak, Esquire*
Lauren D. Rushak, Esquire
PA ID No. 83728
Thorp Reed &Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425

Attorneys for Plaintiff
Consolidation Coal Company

00701603.DOC

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Entry of Appearance** has been served by Notice of Electronic Filing pursuant to local rule of Court upon all parties.

/s/Lauren D. Rushak, Esquire

00701603.DOC

-2-