# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONSOLIDATION COAL COMPANY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT** )<br>**OF THE INTERIOR, NATIONAL** )<br>**PARK SERVICE,** )<br>)<br>and )<br>)<br>**CAROL D. SCHULL, individually and** )<br>**in her capacity as Keeper of the National** )<br>**Register of Historic Places,** )<br>)<br>and )<br>)<br>**ROY and DIANE BRENDEL,** )<br>)<br>Defendants. )<br>_____ )<br>)<br>**ROY BRENDEL and DIANE** )<br>**BRENDEL,** )<br>)<br>Third Party Plaintiffs, )<br>v. )<br>)<br>**CONSOLIDATION COAL COMPANY,** )<br>**NORTHERN WEST VIRGINIA** )<br>**REGION, a Delaware corporation** )<br>**with a principal place of business in** )<br>**West Virginia,** )<br>)<br>and )<br>)<br>**DARREL D. AUCH, individually and** )<br>**in his official capacity as Senior Vice** )<br>**President for Mining, Consolidation** )<br>**Coal Company, Northern West Virginia** )<br>**Region, Morgantown, West Virginia,** )<br>)<br>and )<br>)<br>**SHEIRL FLETCHER, individually and** )<br>**in his official capacity as Certified** )<br>**Professional Geologist, Consolidation** )<br>**Coal Company, Northern West Virginia** )<br>**Region, Morgantown, West Virginia,** )<br>) | **2:00cv2120**<br>**Electronic Filing** |

|  |  |
|---|---|
| and | ) |
|  | ) |
| **CONSOL ENERGY, a Delaware Corporation,** | ) ) |
|  | ) |
| and | ) |
|  | ) |
| **THOMAS F. HOFFMAN, individually and in his official capacity as Vice President, Investor and Public Relations, CONSOL Energy,** | ) ) ) ) |
|  | ) |
| and | ) |
|  | ) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT,** | ) ) ) ) |
|  | ) |
| and | ) |
|  | ) |
| **PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,** | ) ) ) |
|  | ) |
| Third Party Defendants. | ) |

## CONCILIATION CONFERENCE
### Before Judge David Stewart Cercone

| | |
|---|---|
| Appear for Plaintiff: | Joseph A. Katarincic , Esquire; Lauren D. Rushak, Esquire Thomas C. Reed, Esquire |
| Appear for Defendant USA: | Albert W. Schollaert AUSA; Rebecca Ross Haywood, AUSA; Ruth Ann Storey, DOJ |
| Appear for Brendels: | David C. Hook , Esquire; Michael V. Nixon, Esquire |
| Hearing date: | 5/17/06 |
| Hearing begun: | 11:00 a.m. |
| Hearing concluded: | 4:00 p.m. |
| Stenographer: | None |
| Clerk/Deputy Clerk: | Mark W. Mohney |

REMARKS: The court met with counsel to explore avenues for amicable resolution of the parties' dispute. The parties were able to reach a settlement, the material terms of which were disclosed to the court. Counsel consented to a statistical closing.