IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**CONSOLIDATION COAL COMPANY,** )
                                  )

         Plaintiff,           )
                                  )

         v.                )     **2:00cv2120**
                                  )     **Electronic Filing**

**UNITED STATES DEPARTMENT** )
**OF THE INTERIOR, NATIONAL** )
**PARK SERVICE,** )
                                  )

         and           )
                                  )

**CAROL D. SCHULL, individually and** )
**in her capacity as Keeper of the National** )
**Register of Historic Places,** )
                                  )

         and           )
                                  )

**ROY and DIANE BRENDEL,** )
                                  )

         Defendants.    )
_____ )

**ROY BRENDEL and DIANE** )
**BRENDEL,** )
                                  )

         Third Party Plaintiffs,  )
     v.                   )

**CONSOLIDATION COAL COMPANY,** )
**NORTHERN WEST VIRGINIA** )
**REGION, a Delaware corporation** )
**with a principal place of business in** )
**West Virginia,** )
                                  )

         and           )
                                  )

**DARREL D. AUCH, individually and** )
**in his official capacity as Senior Vice** )
**President for Mining, Consolidation** )
**Coal Company, Northern West Virginia** )
**Region, Morgantown, West Virginia,** )
                                  )

         and           )
                                  )

**SHEIRL FLETCHER, individually and** )
**in his official capacity as Certified** )
**Professional Geologist, Consolidation** )
**Coal Company, Northern West Virginia** )
**Region, Morgantown, West Virginia,** )
                                  )

|                                                                                                                                   |       |
|-----------------------------------------------------------------------------------------------------------------------------------|-------|
| and                                                                                                                               | )     |
|                                                                                                                                   | )     |
| **CONSOL ENERGY, a Delaware Corporation,**                                                                                        | )     |
|                                                                                                                                   | )     |
| and                                                                                                                               | )     |
|                                                                                                                                   | )     |
| **THOMAS F. HOFFMAN, individually and in his official capacity as Vice President, Investor and Public Relations, CONSOL Energy,** | )     |
|                                                                                                                                   | )     |
| and                                                                                                                               | )     |
|                                                                                                                                   | )     |
| **UNITED STATES DEPARTMENT OF THE INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT,**                               | )     |
|                                                                                                                                   | )     |
| and                                                                                                                               | )     |
|                                                                                                                                   | )     |
| **PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,**                                                                          | )     |
|                                                                                                                                   | )     |
| Third Party Defendants.                                                                                                           | )     |

## ORDER OF COURT

AND NOW, this 18th day of May, 2006, the court having confirmed with counsel at the conciliation conference held on May 17, 2006, that a settlement has been reached as to all aspects of plaintiff's claims and all aspects of the claims by Roy and Diane Brendel as third party plaintiffs, and the only remaining matter in the entire case is the submission of a stipulation for settlement and discontinuance; therefore, with no further action being required by the court at this time, the following order is entered:

IT IS ORDERED that the Clerk of Court mark the above case closed.

Nothing contained in this order shall be construed as a final dismissal or disposition of this case and should further proceedings in it become necessary, any party may initiate the

appropriate course of action in the same manner as if this order had not been entered.

Jurisdiction is retained over the completion and enforcement of the settlement agreement.


                                        s/ David Stewart Cercone
                                        David Stewart Cercone
                                        United States District Judge

cc:     Joseph A. Katarincic, Esquire
        Thorp, Reed & Armstrong
        One Oxford Centre, 14th Floor
        301 Grant Street
        Pittsburgh, PA 15219

        Thomas C. Reed, Esquire
        Dinsmore & Shohl
        Grant Building
        Suite 2415
        Pittsburgh, PA 15219

        David C. Hook, Esquire
        Hook & Hook
        P. O. Box 792
        Waynesburg, PA 15370

        Michael V. Nixon, Esquire
        P. O. Box 12539
        Pittsburgh, PA 15241

        Albert W. Schollaert, AUSA

        Ruth Ann Storey, Esquire
        U.S. Department of Justice
        Environment & Natural Resources
            Division
        General Litigation Section
        P. O. Box 663
        Washington, DC 20044

        Steven C. Barcley, Esquire
        U.S. Department of the Interior
        Office of the Solicitor
        Three Parkway Center, Room 385
        Pittsburgh, PA 15220

        Pamela L. Barkin, Esquire
        United States Department of Interior
        1849 C Street, NW
        Washington, DC 20240

- 3 -