# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, NATIONAL PARK SERVICE, et al. )<br>)<br>Defendants )<br>_____ )<br>)<br>ROY BRENDEL and DIANE BRENDEL )<br>)<br>Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, NATIONAL PARK SERVICE, et al. )<br>)<br>Third-Party Defendants ) | CIVIL ACTION No. 00-2120 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Joseph A. Katarincic, Thorp Reed & Armstrong, LLP, counsel for Plaintiff and Third-Party Defendants, and David C. Hook, Hook & Hook, counsel for Defendants and Third-Party Plaintiffs, as follows:

1.  All claims, demands, and any causes of action asserted or maintained in this action by any party thereto in the form of an original claim, counterclaim, third party claim, cross complaint, cross-claim, or otherwise and filed in the above action have been settled and are to be dismissed with prejudice and this action discontinued.

2.  Each party shall assume its own costs.

-2-

| | |
|---|---|
| Dated: July 24, 2006 | Respectfully submitted, |

/s/(with permission) David C. Hook　　　　　　/s/Joseph A. Katarincic
_____　　　　　_____
David C. Hook　　　　　　　　　　　　　　　Joseph A. Katarincic
PA I.D. # 27028　　　　　　　　　　　　　　 PA. I.D. # 11427
Hook & Hook　　　　　　　　　　　　　　　 Lauren D. Rushak
P O Box 792　　　　　　　　　　　　　　　　PA I.D. # 83728
Waynesburg, PA  15370　　　　　　　　　　　THORP REED & ARMSTRONG
724-627-6146　　　　　　　　　　　　　　　 One Oxford Centre
　　　　　　　　　　　　　　　　　　　　　　301 Grant Street, 14th Floor
Counsel for Defendants and Third-Party　　　　Pittsburgh, PA  15219-1425
Plaintiffs　　　　　　　　　　　　　　　　　 412-394-7711
Roy Brendel and Diane Brendel

　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff and Third-Party
　　　　　　　　　　　　　　　　　　　　　　Defendants
　　　　　　　　　　　　　　　　　　　　　　Consolidation Coal Company and
　　　　　　　　　　　　　　　　　　　　　　Thomas J. Hoffman