## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, NATIONAL PARK SERVICE, et al. ) <br> ) <br> Defendants ) <br> _____ ) <br> ) <br> ROY BRENDEL and DIANE BRENDEL ) <br> ) <br> Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, NATIONAL PARK SERVICE, et al. ) <br> ) <br> Third-Party Defendants ) | CIVIL ACTION No. 00-2120 |

### ORDER OF DISMISSAL WITH PREJUDICE

The attached Stipulation of Dismissal With Prejudice is approved and this action is dismissed with prejudice and the action is discontinued.

SO ORDERED this _____ day of _____, 2006.

_____
David Stewart Cercone
United States District Judge

00725293.DOC