IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, et al. | ) CIVIL ACTION No. 00-2120 |
| Defendants | ) |
| ROY BRENDEL and DIANE BRENDEL | ) |
| Third-Party Plaintiffs, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, et al. | ) |
| Third-Party Defendants | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The attached Stipulation of Dismissal With Prejudice is approved and this action is dismissed with prejudice and the action is discontinued.

SO ORDERED this 25 day of July, 2006.

David Stewart Cercone
United States District Judge

00725293.DOC